# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>*Defendants*. | Case No. 3:20-cv-00201<br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>Dated: February 12, 2020 |

## MOTION TO APPEAR *PRO HAC VICE*

Legal Counsel, Howard Wood, a member of this Court in good standing, hereby moves the Court to allow Roger G. Brooks to appear *Pro Hac Vice* for Plaintiffs. Affidavit of Roger G. Brooks is attached to this Motion as Exhibit 1.

Wherefore, moving attorney, Howard Wood, respectfully requests that this motion to admit counsel *pro hac vice* be granted and that Roger G. Brooks be permitted to appear and participate as counsel for Plaintiffs in this matter.

Submitted this 12th day of February, 2020.

>
> */s/ Howard M. Wood III*
> Howard M. Wood III
> Connecticut Bar No. 68780
> FIORENTINO, HOWARD & PETRONE P.C.
> 773 Main Street
> Manchester, CT 06040
> Telephone (860) 643-1136
> howard.wood@pfwlaw.com
>
> *Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion to Appear Pro Hac Vice, which was electronically filed in this case on February 12, 2020, will be served on all Defendants by service of process with the Verified Complaint and its accompanying documents.

                  */s/ Howard M. Wood III*