# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>*Defendants*. | Case No. 3:20-cv-00201<br><br><br>**Affidavit of Roger G. Brooks**<br><br><br>Dated: February 12, 2020 |

## AFFIDAVIT OF ROGER G BROOKS

My name is Roger G. Brooks, and I state as follows:

1. I am an attorney for Alliance Defending Freedom, located at 15100 N. 90th Street, Scottsdale, Arizona 85260. My office phone number is (480) 444-0020, my fax number is (480) 444-0028, and my email address is rbrooks@ADFlegal.org.

2. I am a member in good standing of the State Bars of North Carolina (Bar No. 16317), and New York (Bar No. 2260537).

3. I am a member or have been a member of the following courts:

U.S. District Court, Southern District of New York (no assigned Bar ID No)

U.S. District Court, Eastern District of New York (no assigned Bar ID No.)

U.S. District Court, Eastern District of Michigan (no assigned Bar ID No.)

U.S. District Court, Eastern District of Colorado (no assigned Bar ID No.)

U.S. Courts of Appeal for the 2nd, 6th, 7th, and Federal Circuits (no assigned Bar ID Nos.)

U.S. Supreme Court (Bar No. 275001)

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or another court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Howard Wood as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

Signed this _10_ day of February, 2020

_____
Roger G. Brooks

Signed and affirmed before me on the 10th day of February, 2020 by Roger G. Brooks, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
(Signature)

JENNIFER C. HOLLEMAN
(Printed Name)

My commission expires: 10-15-2024

[Notary Public seal: Jennifer C. Holleman, Orange County, N.C.]