## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother, <br><br> *Plaintiffs*, <br><br> v. <br><br> CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION, <br><br> *Defendants*. | Case No. 3:20-cv-00201 <br><br><br> **[PROPOSED] ORDER ON MOTION TO APPEAR PRO HAC VICE** |

## PROPOSED ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The motion by Howard Wood on behalf of Roger G. Brooks to practice *pro hac vice* in the above captioned matter is granted.  The admitted attorney, Roger G. Brooks is permitted to argue or try this particular case in whole or in part as counsel for Plaintiffs.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.

This _____ day of February, 2020.

_____
United States District Judge