UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother,<br><br>*Plaintiffs,*<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>*Defendants.* | Case No. 3:20-cv-00201-RNC<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**<br><br>Dated: February 12, 2020 |

Upon consideration and review of Plaintiffs' Motion for Preliminary Injunction and the parties' respective arguments in support and in opposition to that motion, the Court finds Plaintiffs' motion to be well-taken, and therefore, in accordance with Federal Rule of Civil Procedure 65, grants Plaintiffs' petition for injunction. The reasons therefore are set forth in the separate opinion of this Court.

IT IS ORDERED THAT:

All named Defendants, along with their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendants who

receive actual notice of this Order, are temporarily enjoined from directly or indirectly

· Applying, enforcing, or facilitating the Policy set forth in Article IX, Section B. of the Bylaws of the Connecticut Interscholastic Athletic Conference that authorizes biological males to participate in girls' interscholastic track and field events in Connecticut in which Plaintiffs participate.

· Applying, enforcing, or facilitating any other policy or initiative, written or unwritten, that would permit biological males to participate in girls' interscholastic track and field events in Connecticut in which Plaintiffs participate.

Dated: _____     _____
                                  U.S. District Judge