# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>*Defendants*. | Case No. 3:20-cv-00201-RNC<br><br><br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br><br><br>Dated: February 12, 2020 |

Upon this Court's review of the Plaintiffs' Motion for Preliminary Injunction filed pursuant to FED.R.CIV.P. 65, along with the supporting materials and memorandum of law, and with full consideration of all matters brought before this Court regarding the motion, the Court finds that:

Plaintiffs have presented a claim that they will suffer immediate and irreparable harm absent the equitable intervention of this Court;

And good cause being shown,

IT IS ORDERED AND ADJUDGED that:

1. All defendants, by counsel, show cause before this Court on **March \_\_, 2020**, at \_\_\_\_\_ **o'clock** [a.m.][p.m.] why a preliminary injunction should not issue, enjoining Defendants and their agents and representatives from enforcing their Policy that authorizes and facilitates athletes of the male sex to participate in girls' track and field competitions in the Connecticut Interscholastic Athletic Conference;

2. Due to the exigent nature of the risks of additional harm to be suffered by Plaintiffs, Defendants' response to Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction shall be filed with the clerk on or before **February 26, 2020**, and Plaintiffs' reply to that response, if any, shall be filed with the clerk on or before **March 4, 2020**.

Dated: _____      _____
                                    U.S. District Judge