**United States District Court**
**District of Connecticut**

**Selina Soule et al.**,
*Plaintiffs*

v.

**Connecticut Ass'n of Schools, et al.**,
*Defendants*

and

**Andraya Yearwood** and
**Thania Edwards** on behalf of her
daughter, **T.M.**,
*Proposed Intervenors*

No. 20-cv-201

February 21, 2020

## Motion for Admissions *Pro Hac Vice*

Pursuant to D. Conn. Local R. 83.1(d), I ask that the Court admit Chase Strangio, Joshua Block, James Esseks, Lindsey Kaley, and Galen Sherwin to practice before it *pro hac vice*, and I have attached their declarations for the Court's consideration.

   /s/ Dan Barrett
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT
06105
(860) 471-8471
e-filings@acluct.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **DECLARATION OF CHASE B. STRANGIO** |
| Defendants | ) |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) February 20, 2020 |
| Proposed Intervenors | ) |

## DECLARATION OF CHASE B. STRANGIO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Chase B. Strangio declares as follows:

1. I am a lawyer practicing with the American Civil Liberties Union. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is 212-284-7320. My fax number is 212-549-2650. My email address is cstrangio@aclu.org.

2. I am a member of the bar of the State of New York, with Attorney Registration Number 4879466.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: The United States Supreme Court; the United States Courts of Appeals for the Fourth, Sixth, and Seventh Circuits.

1

4.  I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5.  There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  I designate Dan Barrett (# ct29816), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, 1st Floor, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Chase B. Strangio

Dated: February 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **DECLARATION OF JOSHUA A. BLOCK** |
| Defendants | ) |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) February 20, 2020 |
| Proposed Intervenors | ) |

**DECLARATION OF JOSHUA BLOCK
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Joshua A. Block declares as follows:

1. I am a lawyer practicing with the American Civil Liberties Union. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is 212-549-2593. My fax number is 212-549-2650. My email address is jblock@aclu.org.

2. I am a member of the bar of the State of New York, with Attorney Registration Number 4370573.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: The United States Supreme Court; the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Tenth, and Federal Circuits; the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of

1

Michigan, the Northern District of Texas, and the District of North Dakota; the United States Court of Federal Claims. I was previously admitted to the bar of the United States Court of Appeals for the Second Circuit, but I went inactive in 2014.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Dan Barrett (# ct29816), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, 1st Floor, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua Block

Dated: February 20, 2020

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **DECLARATION OF JAMES D. ESSEKS** |
| Defendants | ) |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) February 20, 2020 |
| Proposed Intervenors | ) |

**DECLARATION OF JAMES D. ESSEKS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

James D. Esseks declares as follows:

1. I am a lawyer practicing with the national ACLU. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is 212-549-2623. My fax number is 212-549-2650. My email address is jesseks@aclu.org.

2. I am a member of the bar of the State of New York, with Attorney Registration Number 2643807, and of the bar of the State of California, with State Bar Number 159360.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: The United States Supreme Court; the United States Courts of Appeals for the Second, Third, Fourth, Sixth, Seventh, Ninth, and Eleventh Circuits; the United States District Courts for the Southern and Eastern Districts of New York, the Northern and Central

1

Districts of California, the District of Columbia, and the Northern District of Texas. I was previously admitted to the bar of the United States District Courts for the Eastern and Western Districts of Arkansas, but I went inactive in 2007.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Dan Barrett (# ct29816), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, 1st Floor, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

James D. Esseks

Dated: February 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **DECLARATION OF LINDSEY KALEY** |
| Defendants | ) |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) February 20, 2020 |
| Proposed Intervenors | ) |

**DECLARATION OF LINDSEY KALEY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Lindsey Kaley declares as follows:

1. I am a lawyer practicing with the American Civil Liberties Union. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is 212-519-7823. My fax number is 212-549-2650. My email address is lkaley@aclu.org.

2. I am a member of the bar of the State of New York, with Attorney Registration Number 5324983.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: the United States Courts of Appeals for the Second and Fifth Circuits; the United States District Courts for the Southern District of New York and the Northern District of Texas.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Dan Barrett (# ct29816), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, 1st Floor, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lindsey Kaley

Dated: February 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| | ) |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **DECLARATION OF GALEN SHERWIN** |
| | ) |
| Defendants | ) |
| | ) |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) February 20, 2020 |
| | ) |
| Proposed Intervenors | ) |

**DECLARATION OF GALEN SHERWIN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Galen Sherwin declares as follows:

1. I am a lawyer practicing with the American Civil Liberties Union. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is 212-519-7819. My fax number is 212-549-2650. My email address is gsherwin@aclu.org.

2. I am a member of the bar of the State of New York, with Attorney Registration Number 4232682.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: The United States Courts of Appeals for the Second, Fourth, Eighth, Tenth, and Eleventh Circuits; the United States District Courts for the Eastern and Southern

1

Districts of New York, and the District of Colorado. I was previously admitted to the bar of the United States Court of Appeals for the Fifth Circuit, but I went inactive in 2015.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Dan Barrett (# ct29816), of the ACLU Foundation of Connecticut, 765 Asylum Avenue, 1st Floor, Hartford, CT 06105, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Galen Sherwin

Dated: February 20, 2020