# Exhibit 1
Declaration of Andraya Yearwood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*,   )<br>  )<br>　　Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>CONNECTICUT ASSOCIATION OF   )<br>SCHOOLS, INC. *et al*,   )<br>  )<br>　　Defendants   )<br>  )<br>ANDRAYA YEARWOOD and THANIA   )<br>EDWARDS on behalf of her daughter, T.M.,   )<br>  )<br>　　Proposed Intervenors   )<br>  )  | No. 3:20-cv-00201-RNC<br><br>**DECLARATION OF ANDRAYA<br>YEARWOOD**<br><br><br>February 20, 2020 |

## **DECLARATION OF ANDRAYA YEARWOOD IN SUPPORT OF MOTION TO INTERVENE**

I, Andraya Yearwood, declare as follows:

  1.  I am eighteen years old and live in Cromwell, CT. I attend Cromwell High School where I am a senior.

  2.  I was assigned the sex of male at birth but have always known I was a girl. It was always something that just felt true inside but I did not have the words to share it until I came out as transgender the summer before I started eighth grade. My family supported me throughout my transition. By the time I started high school I was known to everyone as a girl and ever since I have been living all aspects of my life as a girl.

3. I legally changed my name to Andraya and underwent puberty blocking treatment such that I never went through full puberty in my assigned sex. I currently take hormone therapy and have hormone levels typical of non-transgender girls.

4. I started to run track when I was in seventh grade. I love to run and particularly enjoy the connection to and camaraderie with my teammates. Running has been so important for my identity, my growth as a person, and my ability to survive in a world that discriminates against me.

5. I am thankful that I live in Connecticut where I can be treated as a girl in all aspects of life and not face discrimination at school.

6. I have been running on the girls' team since ninth grade and I have always been supported by my teammates and coaches. Everyone at my school knows me and treats me as a girl.

7. During the track season I train 2 hours each day, 5 days each week. I work hard in every thing I do.

8. Both my running and my mental health are negatively impacted by all the media attention and language that people use calling me a "boy" and a "cheater" and saying it is "unfair" for me to run.

9. If I was not on a team for girls, then I would not be able to be on any team.

10. It can be difficult for people to understand but my identity as a girl is just as real as other girls and when I am told that I am a boy or a male, it makes me want to stop running.

11. At the Connecticut State Championship for Class S, I was disqualified in the 55m and my indoor season for the 55m is over. I run track for the full experience and not just to win. In fact, I have frequently placed below the top spots and still enjoy the chance to participate in the sport I love. At multiple meets, Chelsea Mitchell and other non-transgender girls have placed ahead of me in the 55m, the 100m and other races.

12. I have been completely demoralized by the all the negative attention surrounding my high school track career and hope that I can move on to other things in college. I have not been recruited to run track in college and at this time I intend to finish my track career this season. For my final high school season, the only way I can be a part of track is if I continue to participate on the girls' team. I have been on the team for four years, I am a girl, and I want to be treated like a girl.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 20, 2020

*[signature]*
ANDRAYA YEARWOOD