IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) | **NOTICE OF APPEARANCE OF JOSHUA A. BLOCK** |
| Defendants | ) | February 26, 2020 |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) | |
| Proposed Intervenors | ) | |

**NOTICE OF APPEARANCE OF JOSHUA A. BLOCK**

I am authorized to practice in this Court, and I appear in this action for the proposed intervenors, Andraya Yearwood and Thania Edwards on behalf of her daughter, T.M.

/s/ Joshua A. Block
Joshua A. Block
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2593
jblock@aclu.org