IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201-RNC |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **NOTICE OF APPEARANCE OF LINDSEY KALEY** |
| Defendants | ) |
| | ) February 26, 2020 |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) |
| Proposed Intervenors | ) |

**NOTICE OF APPEARANCE OF LINDSEY KALEY**

I am authorized to practice in this Court, and I appear in this action for the proposed intervenors, Andraya Yearwood and Thania Edwards on behalf of her daughter, T.M.

/s/ Lindsey Kaley
Lindsey Kaley
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7823
lkaley@aclu.org