Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____  RPTR/ECRO/TAPE D. Warner

TOTAL TIME: 1 hours 9 minutes

DATE: 2/27/2020   START TIME: 2:06   END TIME: 3:15

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:20-cv-00201-RNC

Selina Soule, et al

vs

Connecticut Association of Schools, Inc

H.Wood/C.Holcomb/J.Shafer/R.Brooks
Plaintiff's Counsel

L.Yoder, P.Murphy (CT Assoc of Schools/Danbury; J.Zelman (Bloomfield/Cromwell); D.Monastersky (Glastonbury/Canton); M.Roberts (CommHumRights); D.Barrett, C.Strangio, J.Block (Yearwood, Edwards)

Defendant and Intervenor Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  TelConf

☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____

Notes: Telephone Conference re preliminary schedule.