UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | 3:20-cv-00201 (RNC) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT ASSOCIATION OF | : | |
| SCHOOLS, INC., *et al.*, | : | |
|     Defendants. | : | March 2, 2020 |

## MEMORANDUM IN SUPPORT OF MOTION OF ANDRAYA YEARWOOD AND THANIA EDWARDS, ON BEHALF OF HER DAUGHTER, T.M., TO INTERVENE AS DEFENDANTS

Defendant Connecticut Association of Schools, Inc. writes to confirm that it has no objection to Andraya Yearwood ("Andraya") or T.M. intervening in this matter. Given the allegations directed specifically at them and Plaintiffs' ongoing invocation of their names and attempt to preclude them from running in their own final seasons of track eligibility, both Andraya and T.M. have a substantial interest in the matter allowing them to intervene as of right. *See Bd. Of Educ. of the Highland Local Sch. Dist. v. U.S. Dep't of Educ.*, No. 2:16-CV-524, 2016 WL 4269080, at *4 (S.D. Ohio Aug. 15, 2016) (holding that Jane Doe, a transgender student, had substantial interest allowing her to intervene in lawsuit seeking to exclude her from using the girls' restrooms). Furthermore, the current Defendants' insufficient knowledge concerning Andraya and Terry's private medical and physical characteristics counsels in favor of intervention as of right. *See id.*

In the alternative, Andraya and T.M. should be allowed to intervene under the doctrine of permissive intervention. *See Ass'n of Connecticut Lobbyists LLC v. Garfield*, 241 F.R.D. 100, 103 (D. Conn. 2007).

## CONCLUSION

For all the foregoing reasons, the Motion of Andraya and Thania Edwards on Behalf of Her Daughter, T.M., to Intervene should be granted.

Respectfully submitted,

By    /s/ Linda L. Yoder
    Linda L. Yoder
    Federal Bar No. ct01599
    For Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Telephone: (860) 251-5717
    Facsimile: (860) 251-5215
    lyoder@goodwin.com
    Its Attorney

    Peter J. Murphy
    Federal Bar No. ct26825
    For Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Telephone: (860) 251-5950
    Facsimile: (860) 251-5316
    pjmurphy@goodwin.com
    Its Attorney

## CERTIFICATION OF SERVICE

  This is to certify that on March 2, 2020, a copy of the foregoing Memorandum in Support of Andraya Yearwood and Thania Edwards on Behalf of Her Daughter, T.M., To Intervene as Defendants was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              /s/ Peter J. Murphy
              Peter J. Murphy