UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother, Plaintiffs, <br><br> Plaintiffs <br><br> vs. <br><br> CONNECTICUT ASSOCIATION OF SCHOOLS d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION, Defendants. <br><br> Defendants | Case No.: 3:20-cv-00201-RNC <br><br><br><br><br><br><br> MARCH 19, 2020 |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of James H. Howard as attorney for the Plaintiffs in the above-captioned case.

                                                  By /s/ James H. Howard
                                                  James H. Howard, For
                                                  Fiorentino Howard & Petrone, P.C.
                                                  773 Main Street
                                                  Manchester, CT  06040
                                                  Telephone:(860) 643-1136
                                                  Facsimile: (860) 643-5773
                                                  Federal Bar No. ct07418
                                                  Jim.howard@pfwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020 a copy of the foregoing Appearance was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronics Filings. Parties may access this filing through the Court's CM/ECF system.

/s/ James H. Howard
James H. Howard
Fiorentino Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: 860) 643-1136
Facsimile (860) 643-5773
Federal Bar No. ct07418
Jim.howard@pfwlaw.com