## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother, | Case No.: 3:20-cv-00201-RNC |
| *Plaintiffs,* | **MOTION FOR EXTENSION OF TIME** |
| v. | March 19, 2020 |
| CONNECTICUT ASSOCIATION OF SCHOOLS d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION, | |
| *Defendants.* | |

By Order dated February 27 (ECF No. 51), the Court directed the parties to meet and confer on March 19, 2020, "to discuss the needs of the case and propose a schedule." This conference was held today, and the parties have agreed to continue to confer over the next few days.

While not expressly stated in the Order, during the telephonic conference conducted on February 27, the Court also directed the parties to submit a report to the Court on Tuesday, March 24 reflecting the results of those discussions.

1

Due to a long-planned and off-the-grid father/son camping trip, the undersigned lead counsel for Plaintiffs will be out of contact Sunday, March 22 through Wednesday, March 25. While there are additional counsel involved in representing Plaintiffs, lead counsel's involvement in the formulation of this report will be important.

Accordingly, Plaintiffs respectfully request that the time to report to the Court concerning the results of discussions between the parties be extended to Friday, March 27, 2020. We are authorized to state that all Defendants consent to this request.

Submitted this 19th day of March, 2020.

By: _s/ Roger G. Brooks_

Roger G. Brooks
CT Fed. Bar No. PHV10498
Jeffrey A. Shafer
CT Fed. Bar No. PHV10495
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org
Email: jshafer@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: kwaggoner@ADFlegal.org
Email: cholcomb@ADFlegal.org

Howard M. Wood III
CT Bar No. 68780, CT Fed. Bar No. 08758
James H. Howard
CT Bar No 309198, CT Fed. Bar No 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: (860) 643-1136
Fax: (860) 643-5773
Email: howard.wood@pfwlaw.com
Email: james.howard@pfwlaw.com

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2020, a copy of the foregoing Motion for Extension of Time was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

*s/ Roger G. Brooks*
Attorney for Plaintiffs
