AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| SOULE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00201 |
| CONN. ASSOCIATION OF SCHOOLS, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:    03/24/2020

/s Matthew J. Donnelly
*Attorney's signature*

Matthew J. Donnelly - (PHV No. 10507)
*Printed name and bar number*

United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
*Address*

matthew.donnelly@usdoj.gov
*E-mail address*

(202) 616-2788
*Telephone number*

*FAX number*