Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK_____   RPTR/ECRO/TAPE RPTR: Darlene Warner

TOTAL TIME: 1 ____ hours 30 ____ minutes

DATE: 4/16/2020 _____   START TIME: 10:00 AM _____   END TIME: 11:30 AM _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:20-cv-00201-RNC _____

Soule et al

vs

Connecticut Association of Schools, Inc et al

R. Brooks, J. Howard, C. Holcomb, J. Shafer
_____
Plaintiff's Counsel

L.Yoder, P.Murphy (CT Assoc of Schools/Danbury;
J.Zelman (Bloomfield/Cromwell); D.Monastersky
(Glastonbury/Canton); M.Roberts
(CommHumRights); D.Barrett, C.Strangio, J.Block
(Yearwood, Edwards)

Defendant and Intervenor Counsel

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| [✓] | .....#36 | Motion to Intervene | [ ] | [ ] | [✓] |
| [✓] | .....#43 | Motion to Intervene | [ ] | [ ] | [✓] |
| [ ] | .....#___ | Motion_____ | [ ] | [ ] | [ ] |
| [ ] | .....#___ | Motion_____ | [ ] | [ ] | [ ] |
| [ ] | .....#___ | Motion_____ | [ ] | [ ] | [ ] |
| [ ] | .....#___ | Motion_____ | [ ] | [ ] | [ ] |
| [ ] | .....#___ | Motion_____ | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion_____ | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion_____ | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion_____ | [ ] | [ ] | [ ] |
| [ ] | .... | Oral Motion_____ | [ ] | [ ] | [ ] |

[ ] .....   [ ] Briefs(s) due _____   [ ] Proposed Findings due_____   Response due_____

| | | filed | docketed |
|---|---|---|---|
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |

[ ] ............   _____ Hearing continued until _____ at _____

Notes: Telephone Conference held re: #36 and #43 Motions to Intervene.