UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, ET AL. | : | |
| Plaintiffs | : | |
| | : | CIVIL ACTION NO.:  3:20-cv-00201 (RNC) |
| v. | : | |
| | : | |
| CONNECTICUT ASSOCIATION OF | : | |
| OF SCHOOLS, INC., ET AL. | : | |
| Defendants | : | MAY 1, 2020 |

**SECOND MOTION FOR EXTENSION OF TIME**
**TO FILE RULE 12 MOTIONS**

Pursuant to Local Rule 7(b), the Defendants, Connecticut Association of Schools, Inc. d/b/a

Connecticut Interscholastic Athletic Association ("CIAC"), the Bloomfield, Cromwell, Danbury,

Canton and Glastonbury Boards of Education, Andraya Yearwood, T.M. and the Connecticut

Commission on Human Rights and Opportunities ("CHRO") (hereinafter collectively

"Defendants"), hereby respectfully move for an extension of time of 30 days up to and including

June 4, 2020 to file pre-answer motions pursuant to Fed. R. Civ. P. 12. Just cause exists to grant

this motion in light of the following:

A.   A preliminary conference was held by this Court or about February 27, 2020 wherein Defendants were ordered to file a brief on or before March 13, 2020 outlining their position on the various legal issues posed by the Complaint. Additionally, the parties were ordered to meet and confer regarding a preliminary schedule on March 19, 2020. [**ECF 51**]. Over Plaintiffs' objection, the Court subsequently granted CIAC, Bloomfield, Cromwell, Danbury, Canton, and Glastonbury Boards of Education's first request for extension of time to respond to the Complaint until April 20, 2020, one (1) month after the meet-and-confer. [**ECF 58, 62**].

B.   The Defendants filed their brief on March 13, 2020 [**ECF 63**] and the parties conducted a meet-and-confer on March 19, 2020. The parties reported on their meet-and-confer to this Court on March 27, 2020. [**ECF 77**].

C.   On March 28, 2020 the Court ordered the parties to meet-and-confer again regarding a proposed schedule assuming that the 2020 Spring Track and Field season would be canceled as a result of the pandemic [**ECF 79**], which schedule was filed on April 6, 2020 [**ECF 81**].

D.     On April 8, 2020, this Court entered a scheduling order, by which Defendants were to file a request for pre-filing conference on any Rule 12 motions by April 20, 2020 and, if leave to file such motions is granted, to file such motions on or before May 5, 2020. [**ECF 83**].

E.     On April 16, 2020, this Court held a hearing on Ms. Yearwood's, T.M.'s and the CHRO's motions to intervene. During that conference, this Court extended the deadline in which the Defendants were to file their request for a pre-filing conference, up to and including April 24, 2020, to allow the Court additional time to rule on the motions to intervene. During that conference, Plaintiffs failed to mention their intent to file an Amended Complaint the next day.

F.     The following day, April 17, 2020, without any prior notice, without seeking Defendants' consent or this Court's permission, outside the time limits for amendment of right and without providing a redlined version to Defendants pursuant to Fed. R. Civ. P. 15(a) and Local Rule 7(f), Plaintiffs filed an Amended Complaint. The Amended Complaint makes substantive changes to the allegations, including, but not limited to, the addition of a fourth Plaintiff, Ashley Nicoletti, changing their definition of "male," formulating new Tables to show alleged results of competition and inclusion of the brand new allegation that transgender females' presence in girls' sporting events poses a safety threat by increasing their risk of injury. [**ECF 89**]. As of now, this Court has not yet had the opportunity to determine whether the Amended Complaint will be permitted, no less whether it is a procedurally sound filing.

G.     Motions to Intervene by Ms. Yearwood, T.M. and the CHRO were granted on April 22, 2020. [**ECF 93, 95**].

H.     Defendants filed their request for a pre-filing conference on April 24, 2020. [**ECF 97**]. Thereafter, this Court set a hearing date of May 4, 2020 to conduct the pre-filing conference, just one (1) day before the current deadline for Defendants to file their Rule 12 motions. [**ECF 98**].

Given this history and the Plaintiffs' failure to properly follow Rule 15 and Local Rule 7(f) prior to filing their Amended Complaint, Defendants are now left to wonder whether the Complaint or Amended Complaint is the proper pleading to which Defendants must respond. Given the significant changes made in the Amended Complaint, having this understanding is imperative before Defendants incur the expense of drafting and filing Rule 12 motions.

Moreover, the current filing deadline is only one (1) day after the Court will hold the pre-filing conference, wherein the Court will decide whether the Defendants are even granted

permission to file Rule 12 motions. Defendants also intend to discuss with the Court the Plaintiffs' procedural shortcomings in filing their Amended Complaint. Again, Defendants seek permission from this court, and clarity on the issues, before incurring the expense of drafting Rule 12 motions, which will only be possible if the deadline to file such motions is extended by 30 days, from May 5, 2020 to June 4, 2020.

Granting this extension will not prejudice Plaintiffs in any way. It appears almost inevitable that a Spring Track and Field season is unlikely to occur given the pandemic and the current restrictions in place by the Governor's Executive Orders, nor is there any evidence, or even allegation, that a known transgender female athlete will compete in Track and Field during the 2021 indoor or outdoor season. Discovery does not close until December, 2020. Thus, despite Plaintiffs' desire to create urgency in this case, none exists.

Attorney Johanna Zelman certifies that she conferred with Plaintiffs' counsel, Roger Brooks, on behalf of all Defendants prior to filing the instant motion. Attorney Brooks stated his position that an extension of only one (1) week is appropriate. He stated that he would, however, consent to a two (2) week extension, up to and including May 19, 2020, in the interest of compromise. Defendants respond that two (2) weeks will not provide sufficient time between the date of the pre-filing conference and the filing deadline to properly and comprehensively set forth their arguments in favor of dismissal.

WHEREFORE, for all those reasons set forth herein, Defendants' deadline to file Rule 12 motions should be extended by 30 days, up to and including, June 4, 2020.

DEFENDANTS,
BLOOMFIELD BOARD OF EDUCATION
CROMWELL BOARD OF EDUCATION

By   /s/ Johanna G. Zelman
      Johanna G. Zelman (ct26966)
      FordHarrison, LLP
      CityPlace II
      185 Asylum Street, Suite 610
      Hartford, CT 06103
      Tel #:   (860) 740-1355
      Fax #:   (860) 578-2075
      Email:  jzelman@fordharrison.com

DEFENDANTS,
GLASTONBURY BOARD OF EDUCATION
CANTON BOARD OF EDUCATION

By   /s/ David S. Monastersky
      David S. Monastersky (ct13319)
      Howd & Ludorf, LLC
      65 Wethersfield Avenue
      Hartford, CT 06114-1190
      dmonastersky@hl-law.com

INTERVENORS, ANDRAYA YEARWOOD
AND THANIA EDWARDS

By   /s/ Chase Strangio
Chase Strangio, Esq.
Galen Sherwin, Esq.
James D. Esseks, Esq.
Joshua A. Block, Esq.
Lindsey Kaley, Esq.
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
cstrangio@aclu.org
gsherwin@aclu.org
jesseks@aclu.org
jblock@aclu.org
lkaley@aclu.org

DEFENDANTS,
CONNECTICUT ASSOCIATION OF
SCHOOLS, INC. D/B/A CIAC AND
DANBURY BOARD OF EDUCATON

By  /s/ Peter J. Murphy
    Peter Joseph Murphy (ct26825)
    Linda L. Yoder (ct01599)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103
    pjmurphy@goodwin.com
    lyoder@goodwin.com

INTERVENOR CHRO

By   /s/ Michael E. Roberts
    Michael E. Roberts
    CHRO
    450 Columbus Boulevard, Suite 2
    Hartford, CT 06103
    Michael.e.roberts@ct.gov

INTERVENORS ANDRAYA
YEARWOOD AND THANIA EDWARDS

By   /s/ Dan Barret
Dan Barrett, Esq.
American Civil Liberties Union – CT
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
dbarrett@acluct.org

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of May, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Howard M. Wood, III, Esq.
Phelon, Fitzgerald & Wood
773 Main Street
Manchester, CT 06040
howard.wood@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Peter Joseph Murphy, Esq.
Linda L. Yoder, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
lyoder@goodwin.com
pjmurphy@goodwin.com
*Attorneys for Connecticut Association of Schools, Inc. d/b/a CIAC and Danbury BOE*

Kristen Waggoner, Esq.
Christiana M. Holcomb, Esq.
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
kwaggoner@adflegal.org
cholcomb@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

David S. Monastersky, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
dmonastersky@hl-law.com
*Attorney for Defendants Glastonbury BOE and Canton BOE*

Jeff Shafer, Esq.
Roger Greenwood Brooks, Esq.
15100 N. 90th Street
Scottsdale, AZ 85260
jshafer@adflegal.org
rbrooks@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Michael E. Roberts, Esq.
CHRO
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
Michael.e.roberts@ct.gov
*Attorney for Intervenor Defendant CHRO*

James Howard
Fiorentino Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
jim.howard@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Dan Barrett, Esq.
American Civil Liberties Union – CT
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
dbarrett@acluct.org
*Attorney for Intervenors Andraya Yearwood and Thania Edwards*

Matthew J. Donnelly, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
matthew.donnelly@usdoj.gov
*Attorney for the United States*

Chase Strangio, Esq.
Galen Sherwin, Esq.
James D. Esseks, Esq.
Joshua A. Block, Esq.
Lindsey Kaley, Esq.
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
cstrangio@aclu.org
gsherwin@aclu.org
jesseks@aclu.org
jblock@aclu.org
lkaley@aclu.org
*Attorney for Intervenors Andraya Yearwood
and Thania Edwards*


  /s/ Johanna G. Zelman
Johanna G. Zelman


WSACTIVELLP:11485870.1