Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK: _____  RPTR/ECRO/TAPE: RPTR: Darlene Warner

TOTAL TIME: 0 hours 11 minutes

DATE: 5/4/2020   START TIME: 2:00   END TIME: 2:11

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:20-cv-00201-RNC

Soule et al

vs

Connecticut Association of Schools, Inc et al

R. Brooks, J. Shafer, J. Howard
**Plaintiff's Counsel**

L.Yoder, P.Murphy (CT Assoc of Schools/Danbury; J.Zelman (Bloomfield/Cromwell); D.Monastersky (Glastonbury/Canton); M.Roberts (CommHumRights); C.Strangio, J.Block (Yearwood, Edwards)
Defendant and Intervenor Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☑ ~~Miscellaneous Hearing~~
   Pre-Filing Conference

☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…   Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..…   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Telephonic Pre-Filing Conference held re Proposed Motions to Dismiss