UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother, et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, et al.,<br><br>        *Defendants.* | Case No.: 3:20-cv-00201-RNC<br><br>**FIRST JOINT STATUS REPORT**<br><br>May 8, 2020 |

All parties submit this Joint Status Report.

A.    <u>Pending Motions</u>

1.    Plaintiffs' Motion for an Expedited Order to Show Cause, filed February 12, 2020, remains pending. Defendants have not responded, and the Court has not set any schedule for briefing.

2.    Plaintiffs' Motion to Disqualify pursuant to 28 U.S.C. § 455(a), filed May 8, 2020, is pending.

3.    Defendants' Motion to Join the United States Department of Education and Secretary Betsy DeVos, in her official capacity, as parties to this matter, filed on April 20, 2020.

4.    On April 24, 2020, the Defendants filed a Request for Pre-filing Conference, as the Defendants anticipate filing several Rule 12 motions. The May 4, 2020 pre-filing conference was not completed, however, due to Plaintiffs' unanticipated disclosure that they would be filing

1

a motion to disqualify. The pre-filing conference will need to be rescheduled following the resolution of Plaintiffs' Motion to Disqualify, or at the Court's discretion.

      B.    <u>Discovery</u>

      1.    The Parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on April 27, 2020.

      2.    Plaintiffs served Requests for Production of documents on all named Defendants on April 22, 2020.

      3.    Plaintiffs served Requests for Admission on all Defendants on April 24, 2020. The parties conducted a meet and confer concerning certain objections of Defendants to certain of these Requests on May 6, and agreed to explore the feasibility of stipulating to the accuracy of certain records pertaining to high school track competitions and performance in Connecticut.

      4.    No depositions have yet been taken by either party, and no documents have been produced apart from those produced as part of initial disclosures.

      C.    <u>Anticipated Motions</u>

      1.    Following decision of the motion to disqualify, Plaintiffs expect to ask the Court to set a schedule for briefing and deciding Plaintiffs' motion for a preliminary injunction on a schedule that will provide protection during the Winter 2021 track season. Plaintiffs have not yet determined any other motions that may be filed.

      2.    As indicated previously, the Defendants anticipate filing several Rule 12 motions following the decision on the motion to disqualify and the completion of the pre-filing conference, or sooner if ordered by the Court. The Defendants also anticipate filing motions for summary judgment after the completion of discovery.  At this time, the Defendants believe there

is no factual basis for a preliminary injunction hearing before the start of the Winter 2021 track season, and the Defendants reserve their rights to respond to any such request from Plaintiffs.

D.  Potential for Settlement

1.  The Parties do not presently believe that settlement of this case is likely, or that efforts at mediation would be productive at present.

E.  Trial Before a Magistrate Judge

The Parties do not presently expect to consent to trial before a magistrate judge.

F.  Length of Trial

Because both fact and expert discovery are just beginning, the parties do not yet have a meaningful estimate of the length of trial needed.

Respectfully submitted this 8th day of May, 2020.

PLAINTIFFS

By: *s/ Roger G. Brooks*

Roger G. Brooks
CT Fed. Bar No. PHV10498
Jeffrey A. Shafer
CT Fed. Bar No. PHV10495
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org
Email: jshafer@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001

                Telephone: (202) 393-8690
                Fax: (202) 347-3622
                Email: kwaggoner@ADFlegal.org
                Email: cholcomb@ADFlegal.org

                Howard M. Wood III
                CT Bar No. 68780, CT Fed. Bar No. 08758
                James H. Howard
                CT Bar No 309198, CT Fed. Bar No 07418
                Fiorentino, Howard & Petrone, P.C.
                773 Main Street
                Manchester, CT 06040
                Telephone: (860) 643-1136
                Fax: (860) 643-5773
                Email: howard.wood@pfwlaw.com
                Email: james.howard@pfwlaw.com

                Attorneys for Plaintiffs


DEFENDANTS

BY: /s/ Peter J. Murphy
PETER J. MURPHY (ct26825)
LINDA L YODER (ct01599)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5950
Facsimile: 860-251-5316
Email: pjmurphy@goodwin.com
For Connection Association of School and the Danbury Board of Education


BY: /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
Elizabeth M. Smith
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Telephone: 860-740-1355
Facsimile: 860-578-2075
Email: jzelman@fordharrison.com
For the Cromwell Board of Education and the Bloomfield Board of Education

BY: /s/ David S. Monastersky
David S. Monastersky (ct13319)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 061114
Telephone: 860-249-1361
Facsimile: 860-249-7665
Email: dmonastersky@hl-law.com
For the Canton Board of Education and the Glastonbury Board of Education

/s/ Michael E. Roberts
Michael E. Roberts (ct30824)
Human Rights Attorney
Commission on Human Rights
and Opportunities – Legal Division
450 Columbus Blvd., Suite 2, Hartford, CT 06103
(860) 541-4715 | michael.e.roberts@ct.gov
For Connecticut Commission on Human Rights and Opportunities

BY: /s/ Dan Barrett
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

Chase Strangio*
Joshua A. Block*
Lindsey Kaley*
James D. Esseks*
Galen Sherwin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
cstrangio@aclu.org
jblock@aclu.org
lkaley@aclu.org
jesseks@aclu.org
*Admitted Pro Hac Vice
For Andraya Yearwood and Thania Edwards on behalf of her daughter, T.M.