UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SELINA SOULE, ET AL** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:20-cv-00201 (RNC)** |
| | : | |
| **v.** | : | |
| | : | |
| **CONNECTICUT ASSOCIATION OF SCHOOLS, INC., ET AL,** | : | |
| Defendants. | : | **JUNE 15, 2020** |

### NOTICE OF APPEARANCE OF TYLER J. BISCHOFF

Please enter my appearance as an attorney for defendant Connecticut Association of Schools, Inc. and defendant Danbury Board of Education in connection with the above-captioned matter.

Dated at Hartford, Connecticut, this 15th day of June 2020.

        DEFENDANTS,
        CONNECTICUT ASSOCIATION OF
        SCHOOLS, INC., and DANBURY BOARD
        OF EDUCATION


By    /s/ Tyler J. BISCHOFF
        Tyler J. Bischoff
        Federal Bar No. ct30923
        For Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT  06103-1919
        Telephone: (860) 25l-5812
        Facsimile:  (860) 251-5215
        tbischoff@goodwin.com
        Its Attorney

## CERTIFICATION OF SERVICE

This is to certify that on June 15, 2020, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Tyler J. Bischoff
      Tyler J. Bischoff