

Ius Laboris USA Global HR Lawyers
FordHarrison

271 17th Street, NW | Suite 1900
Atlanta, Georgia 30363
Tel 404-888-3800 | Fax 404-888-3863

Writer's Direct Contact:
JOHANNA G. ZELMAN
860-740-1361
Jzelman@fordharrison.com

June 25, 2020

**VIA ECF**
Judge Robert N. Chatigny
Abraham Ribicoff Federal Building
United States District Court
District of Connecticut (New Haven)
450 Main Street
Hartford, CT 06103

      RE: *Soule, et al. v. CIAC, et al.*
          Docket No. 3:20-cv-00201
          Request to Reconvene May 4, 2020 Prefiling Conference

Dear Judge Chatigny:

      The Connecticut Association of Schools, Inc., d/b/a, Connecticut Interscholastic Conference ("CIAC"), Bloomfield Board of Education, Cromwell Board of Education, Glastonbury Board of Education, Canton Board of Education, and Danbury Board of Education (the "School Board Defendants"), Andraya Yearwood, T.M. and the Connecticut Commission on Human Rights and Opportunities ("CHRO") (hereinafter collectively "Defendants"), through their attorneys, write to respectfully request that the pre-filing conference that was continued on May 4, 2020 be reconvened by the Court.

      On April 24, 2020, Defendants filed a request for a prefiling conference in anticipation of filing motion(s) pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6); 12(e) and/or 12(f)(2) (Dkt. No. 97). On May 4, 2020, the prefiling conference was held but not completed due to Plaintiffs' sudden disclosure that they would be filing a motion to disqualify your Honor from the case.

      Given that the Court denied Plaintiffs' motion on June 16, 2020 (Dkt. No. 121), Defendants respectfully request that the Court reconvene the May 4, 2020 pre-filing conference so that Defendants may proceed with filing their anticipated motions.

Judge Robert N. Chatigny
June 25, 2020

Sincerely,

*Johanna G. Zelman*
*Mohammad B. Shihabi*

JOHANNA G. ZELMAN (ct26966)
MOHAMMAD B. SHIHABI
(for Bloomfield and Cromwell Boards of Education)

*Peter Murphy*
*Linda Yoder*

PETER MURPHY/LINDA YODER (for CIAC and Danbury Board of Education)

*David Monastersky*

DAVID MONASTERSKY (for Glastonbury and Canton Boards of Education)

*Dan Barret*
*Joshua Block*
*Chase Strangio*

DAN BARRETT/JOSHUA BLOCK/CHASE STRANGIO (for Andraya Yearwood and T.M.)

*Michael Roberts*

MICHAEL ROBERTS (for CHRO)

cc: Howard M. Wood, III, Esq. (via ECF)
James H. Howard, Esq. (via ECF)
Kristen Waggoner, Esq. (via ECF)
Christiana M. Holcomb, Esq. (via ECF)
Jeff Shafer, Esq. (via ECF)
Roger G. Brooks, Esq. (via ECF)