

June 25, 2020

**VIA ECF**

Judge Robert N. Chatigny
Abraham Ribicoff Federal Building
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

    Re:    *Selina Soule, et al., v. Connecticut Association of Schools, Inc., et al.*,
            Case No. 3:20-cv-00201-RNC
            Response to Request to Reconvene May 4, 2020 Prefiling Conference

Dear Judge Chatigny:

        In connection with today's request by Defendants that the Court reconvene a pre-motion conference, Plaintiffs respectfully want to advise the Court—as we have already informed Defendants—that Plaintiffs do intend to appeal the Court's order of June 16, 2020, denying Plaintiffs' motion for recusal or disqualification under 28 U.S.C. Section 455(a). Plaintiffs are currently preparing a mandamus petition which they expect to file with the Second Circuit next week.

                                            Respectfully submitted,

                                            */s/ Roger Brooks*

                                            ROGER G. BROOKS
                                            CT FED BAR NO. PHV10498
                                            **ALLIANCE DEFENDING FREEDOM**
                                            15100 N. 90th Street
                                            Scottsdale, Arizona 85260
                                            (480) 444-0020
                                            rbrooks@ADFlegal.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, the foregoing letter to the Court was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

<u>s/ Roger G. Brooks</u>
Attorney for Plaintiffs