UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, ET AL. | : |
|     Plaintiffs | : |
| | : CIVIL ACTION NO.: 3:20-cv-00201 (RNC) |
| v. | : |
| | : |
| CONNECTICUT ASSOCIATION OF | : |
| OF SCHOOLS, INC., ET AL. | : |
|     Defendants | : JUNE 30, 2020 |

**DEFENDANTS' JOINT MOTION**
**TO RECONVENE PRE-FILING CONFERENCE**

The Connecticut Association of Schools, Inc. d/b/a Connecticut Insterscholastic Conference ("CIAC"), Bloomfield Board of Education, Cromwell Board of Education, Glastonbury Board of Education, Canton Board of Education and Danbury Board of Education (the "School board Defendants"), Andraya Yearwood, T.M. and the Connecticut Commission on Human Rights and Opportunities ("CHRO") (hereinafter collectively "Defendants"), through their attorneys, hereby respectfully move this court to reconvene the pre-filing conference that was continued on May 4, 2020 (Dkt. No. 101).

Reasonable cause exists to grant this motion. On April 24, 2020, Defendants filed a request for a pre-filing conference in anticipation of filing motion(s) pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6); 12(e) and/or 12(f)(2) (Dkt. No. 97). On May 4, 2020, the pre-filing conference was held but not completed due to Plaintiffs' sudden disclosure that they would be filing a Motion to Disqualify the Honorable Robert N. Chatigny from this case. On June 16, 2020, the Court denied Plaintiffs' motion (Dkt. No. 121). Therefore, the May 4, 2020 conference should be reconvened so that Defendants may proceed with filing their anticipated motions.

WHEREFORE, for all the reasons set forth above, the Defendants respectfully request that this motion be granted.

DEFENDANTS,
BLOOMFIELD BOARD OF EDUCATION
CROMWELL BOARD OF EDUCATION


   /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
Mohammed B. Shihabi (PHV09377)
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
Tel #:   (860) 740-1355
Fax #:  (860) 578-2075
Email:  jzelman@fordharrison.com

CONNECTICUT ASSOCIATION OF SCHOOLS,
INC. D/B/A CIAC AND DANBURY BOE


 /s/ Peter J. Murphy
Peter Joseph Murphy, Esq.
Linda L. Yoder, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel #:   860-251-5950
Fax #:  860-251-5316
lyoder@goodwin.com
pjmurphy@goodwin.com

GLASTONBURY BOE AND
CANTON BOE

 /s/ David S. Monastersky
David S. Monastersky, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel #:   860-249-1361
Fax #:  860-249-7665
dmonastersky@hl-law.com

2

INTERVENORS ANDRAYA YEARWOOD and THANIA EDWARDS

  /s/ Dan Barrett
Dan Barrett, Esq.
Chase Strangio, Esq.
Joshua A. Block, Esq.
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
Tel #:   860-471-8471
dbarrett@acluct.org


INTERVENOR DEFENDANT CHRO

  /s/ Michael E. Roberts
Michael E. Roberts, Esq.
CHRO
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
Tel #:   860-541-4715
Fax #:  860-246-5265
Michael.e.roberts@ct.gov

## CERTIFICATE OF SERVICE

       This is to certify that on this 30th day of June, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Howard M. Wood, III, Esq.
Phelon, Fitzgerald & Wood
773 Main Street
Manchester, CT 06040
howard.wood@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Peter Joseph Murphy, Esq.
Linda L. Yoder, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
lyoder@goodwin.com
pjmurphy@goodwin.com
*Attorneys for Connecticut Association of Schools, Inc. d/b/a CIAC and Danbury BOE*

Kristen Waggoner, Esq.
Christiana M. Holcomb, Esq.
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
kwaggoner@adflegal.org
cholcomb@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

David S. Monastersky, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
dmonastersky@hl-law.com
*Attorney for Defendants Glastonbury BOE and Canton BOE*

Jeff Shafer, Esq.
Roger Greenwood Brooks, Esq.
15100 N. 90th Street
Scottsdale, AZ 85260
jshafer@adflegal.org
rbrooks@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Michael E. Roberts, Esq.
CHRO
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
Michael.e.roberts@ct.gov
*Attorney for Intervenor Defendant CHRO*

James Howard
Fiorentino Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
jim.howard@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Dan Barrett, Esq.
American Civil Liberties Union – CT
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
dbarrett@acluct.org
*Attorney for Intervenors Andraya Yearwood and Thania Edwards*

<div style="display: flex;">

Matthew J. Donnelly, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
matthew.donnelly@usdoj.gov
*Attorney for the United States*

Chase Strangio, Esq.
Galen Sherwin, Esq.
James D. Esseks, Esq.
Joshua A. Block, Esq.
Lindsey Kaley, Esq.
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
cstrangio@aclu.org
gsherwin@aclu.org
jesseks@aclu.org
jblock@aclu.org
lkaley@aclu.org
*Attorney for Intervenors Andraya Yearwood and Thania Edwards*

</div>

 /s/ Johanna G. Zelman
Johanna G. Zelman