IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00201-RNC |
| | ) | |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) ) | |
| | ) | July 1, 2020 |
| *Defendants.* | ) | |

### MOTION TO EXTEND DEADINE FOR FILING CERTIFICATES OF GOOD STANDING

As a result of closures caused by the COVID-19 pandemic, Andraya Yearwood and Thania Edwards on behalf of her daughter T.M. respectfully request that this Court extend the Local Rule 83.1(d) deadline for filing certificates of good standing in connection with counsel's motion to appear *pro hac vice* to August 1, 2020, for the following reasons:

1. On February 21, 2020, Ms. Yearwood and Ms. Edwards filed a motion for counsel from the American Civil Liberties Union to appear *pro hac vice*. *See* ECF 35.

2. On February 25, 2020, the Court granted the motion. *See* ECF 38.

3. Pursuant to ECF 86, the current deadline for counsel appearing *pro hac vice* to file certificates of good standing is July 1, 2020.

4. As a result of the COVID-19 pandemic, the American Civil Liberties Union's offices in New York City have been closed since March 13, 2020.

5. Also as a result of the COVID-19 pandemic, the New York State courts responsible for issuing certificates of good standing in New York City are not allowing counsel to obtain certificates of good standing in person. Instead, counsel must request a certificate of

good standing by mail or by email. The clerk of the court has advised counsel that requests for certificates of good standing will take longer than usual to process.

6. Counsel have mailed and emailed letters requesting certificates of good standing, but certificates of good standing for two of Ms. Yearwood and Ms. Edwards's counsel (Galen Sherwin and James Esseks) have not been processed in time for counsel to file the certificates of good standing with this Court by July 1, 2020.

7. Accordingly, out of an abundance of caution, Proposed Intervenors respectfully request that the deadline for filing certificates of good standing for Ms. Yearwood and Ms. Edwards's counsel be extended to August 1, 2020.

/s/ Dan Barrett
Dan Barrett (ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org