# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother, et al.,  *Plaintiffs,*  v.  CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, et al.,  *Defendants.* | Case No.: 3:20-cv-00201-RNC  **STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**  August 7, 2020 |

With the agreement of Defendants, Plaintiffs move this Court for leave to file their Second Amended Complaint, submitted herewith. In keeping with Local Rule 7(f), Exhibit A to this filing is a red-lined version of the proposed amended pleading, and Exhibit B is a clean version.

On July 22, 2020, Defendants filed a Motion for Separate Statement of Claims. ECF No. 137. Defendants authorize Plaintiffs to state the parties' agreement that the filing of Plaintiffs' Second Amended Complaint will resolve the issues raised in Defendants' Motion.

Respectfully submitted this 7th day of August, 2020.

By: *s/ Roger G. Brooks*

Roger G. Brooks
CT Fed. Bar No. PHV10498
Jeffrey A. Shafer
CT Fed. Bar No. PHV10495
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260

1

Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org
Email: jshafer@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Parker Douglas
CT Fed. Bar No. PHV10761
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: kwaggoner@ADFlegal.org
Email: cholcomb@ADFlegal.org
Email: pdouglas@ADFlegal.org

Howard M. Wood III
CT Bar No. 68780, CT Fed. Bar No. 08758
James H. Howard
CT Bar No 309198, CT Fed. Bar No 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: (860) 643-1136
Fax: (860) 643-5773
Email: howard.wood@pfwlaw.com
Email: james.howard@pfwlaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, a copy of the foregoing Stipulated Motion for Leave to File Second Amended Complaint was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

                          *s/ Roger G. Brooks*
                          Attorney for Plaintiffs