IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | No. 3:20-cv-00201-RNC |
| | ) | |
| v. | ) | |
| | ) | |
| CONNECTICUT ASSOCIATION OF | ) | |
| SCHOOLS, INC. *et al*, | ) | |
| | ) | August 21, 2020 |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

**MOTION TO DISMISS**


Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants

Connecticut Association of Schools, Inc., d/b/a/ Connecticut Interscholastic Athletic Conference;

Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education,

Glastonbury Public Schools Board of Education, Canton Public Schools Board of Education, and

Danbury Public Schools Board of Education; Intervenor-Defendants Andraya Yearwood and

Thania Edwards on behalf of her daughter T.M.; and Intervenor-Defendant Connecticut

Commission on Human Rights and Opportunities, respectfully move to dismiss Plaintiffs'

Second Amended Complaint, ECF No. 141, for lack of jurisdiction and for failure to state a

claim upon which relief can be granted, as set forth in the accompanying memorandum of law.



**ORAL ARGUMENT REQUESTED**


1

DATED August 21, 2020


/s/ Joshua Block
Joshua Block*
Chase Strangio*
Galen Sherwin*
Lindsey Kaley*
American Civil Liberties Union Foundation
125 Broad Street,18th Floor
New York, NY 10004
(212) 549-2500
jblock@aclu.org

Elana Bildner (ct30379)
Dan Barrett (ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

*Counsel for Andraya Yearwood and Thania
Edwards on behalf of T.M.*


Michael E. Roberts (ct30824)
CHRO
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
(860) 541-4715
michael.e.roberts@ct.gov
*Counsel for CHRO*


Johanna G. Zelman (ct26966)
Mohammed B. Shihabi*
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
(860) 740-1355
jzelman@fordharrison.com
*Counsel for Bloomfield and Cromwell
Boards of Education*


Peter J. Murphy (ct26825)
Linda L. Yoder (ct01599)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5950
pjmurphy@goodwin.com
*Counsel for CIAC and
Danbury Board of Education*


David S. Monastersky (ct13319)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
dmonastersky@hl-law.com
*Counsel for Glastonbury and Canton
Boards of Education*


*Admitted *Pro Hac Vice*