**United States District Court**
**District of Connecticut**

**Selina Soule, et al.**,
*Plaintiffs*

v.

**Connecticut Ass'n of Schools, Inc.,**
**et al.**,
*Defendants*

No. 20-cv-201

August 25, 2020

**Motion for Retroactive Extension of Time**
**in Which to File Certificate of Good Standing**

On July 2nd, the Court granted the intervenor-defendants' counsel James Esseks an extension of time in which to file his certificate of good standing in support of his *pro hac vice* status, until August 1st.  ECF # 127.  Although he made multiple paper applications to the New York Supreme Court's Appellate Division, First Department for a certificate of good standing in accordance with its instructions, that court did not respond, and in early August announced that it was no longer accepting paper applications.  In line with that court's revised instructions, Mr. Esseks applied online and received a scanned certificate of good standing, which is attached here.  The delay regretfully caused him to miss this Court's August 1st deadline.  He now requests that the Court retroactively extend his filing deadline by deeming the attached certificate timely filed.

s/ Dan Barrett
Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

*Counsel for Andraya Yearwood and*
*Thania Edwards on behalf of T.M.*
