UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, ET AL. | : |
|     Plaintiffs | : |
| | : CIVIL ACTION NO.:  3:20-cv-00201 (RNC) |
| v. | : |
| | : |
| CONNECTICUT ASSOCIATION OF | : |
| OF SCHOOLS, INC., ET AL. | : |
|     Defendants | : AUGUST 26, 2020 |

## MOTION FOR EXTENSION OF TIME

Defendants Bloomfield Public Schools Board of Education and Cromwell Public Schools Board of Education ("Defendants") respectfully request an extension of time to file Mohammad B. Shihabi's, who is counsel for Defendants, certificate of good standing in connection with his motion to appear *pro hac vice*, to September 9, 2020.

The extension is needed because Mr. Shihabi is still in the process of obtaining a copy of the certificate of good standing from the New York State Court responsible for issuing such certificates. Accordingly, out of an abundance of caution, Defendants respectfully request that the deadline for filing the certificate of good standing for Mr. Shihabi be extended to September 9, 2020.

DEFENDANTS,
BLOOMFIELD BOARD OF EDUCATION
CROMWELL BOARD OF EDUCATION

By    /s/ Mohammad B. Shihabi
    Johanna G. Zelman (ct26966)
    Mohammad B. Shihabi (PHV09377)
    FordHarrison, LLP
    CityPlace II
    185 Asylum Street, Suite 610
    Hartford, CT 06103
    Tel #:  (860) 740-1355
    Fax #: (860) 578-2075
    Email:  jzelman@fordharrison.com
           mshihabi@fordharrison.com

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of August, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Howard M. Wood, III, Esq.
Phelon, Fitzgerald & Wood
773 Main Street
Manchester, CT 06040
howard.wood@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Peter Joseph Murphy, Esq.
Linda L. Yoder, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
lyoder@goodwin.com
pjmurphy@goodwin.com
*Attorneys for Connecticut Association of Schools, Inc. d/b/a CIAC and Danbury BOE*

Kristen Waggoner, Esq.
Christiana M. Holcomb, Esq.
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
kwaggoner@adflegal.org
cholcomb@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

David S. Monastersky, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
dmonastersky@hl-law.com
*Attorney for Defendants Glastonbury BOE and Canton BOE*

Jeff Shafer, Esq.
Roger Greenwood Brooks, Esq.
15100 N. 90th Street
Scottsdale, AZ 85260
jshafer@adflegal.org
rbrooks@adflegal.org
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Michael E. Roberts, Esq.
CHRO
450 Columbus Boulevard, Suite 2
Hartford, CT 06103
Michael.e.roberts@ct.gov
*Attorney for Intervenor Defendant CHRO*

James Howard
Fiorentino Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
jim.howard@pfwlaw.com
*Attorney for Plaintiffs Selina Soule, Chelsea Mitchell and Alana Smith*

Dan Barrett, Esq.
Elana Spungen Bildner
American Civil Liberties Union – CT
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
dbarrett@acluct.org
efilings@acluct.org

*Attorney for Intervenors Andraya Yearwood and Thania Edwards*

Matthew J. Donnelly, Esq.
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
matthew.donnelly@usdoj.gov
*Attorney for the United States*

Chase Strangio, Esq.
Galen Sherwin, Esq.
James D. Esseks, Esq.
Joshua A. Block, Esq.
Lindsey Kaley, Esq.
ACLU
125 Broad Street, 18th Floor
New York, NY 10004
cstrangio@aclu.org
gsherwin@aclu.org
jesseks@aclu.org
jblock@aclu.org
lkaley@aclu.org
*Attorney for Intervenors Andraya Yearwood and Thania Edwards*

 /s/ Mohammad B. Shihabi
Mohammad B. Shihabi

3