**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother, et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, et al.,<br><br>        *Defendants.* | Case No.: 3:20-cv-00201-RNC<br><br><br>**MOTION FOR LEAVE TO FILE MEMORANDUM WITH EXPANDED PAGE COUNT**<br><br><br>September 9, 2020 |

      Plaintiffs move this Court for leave to file their Memorandum in Opposition to Defendants' Motion to Dismiss with an expanded page-count of up to 50 pages.

      On August 13, 2020, this Court issued an order (ECF No. 143) granting Defendants' motion to file a 60-page memorandum in support of their Motion to Dismiss, exceeding the District's standard 40-page limit by 20 pages. (ECF No. 142) On August 21, 2020, Defendants filed a memorandum of 56 pages in support of their Motion to Dismiss. (ECF No. 145) In order to ensure adequate space in which to respond to Defendants' arguments in their expanded-length memorandum, Plaintiffs seek leave to file a memorandum exceeding the 40-page limit by up to 10 pages, for a total of 50.

      On September 1, 2020, counsel for Plaintiffs sought consent from Defendants for a response filing of 60 pages that would correspond to the authorization this Court granted Defendants. Plaintiffs have not received a response to this request from Defendants, and therefore advise the Court that Defendants have not consented to this motion.

In light of the facts recited above, Plaintiffs respectfully request that the Court enter an order authorizing Plaintiffs to file a memorandum in opposition to Defendants' motion to dismiss of up to 50 pages in length.

Respectfully submitted this 9th day of September, 2020.

<div style="margin-left: 3em;">

By: /s/ *Roger G. Brooks*
Roger G. Brooks
CT Fed. Bar No. PHV10498
Jeffrey A. Shafer
CT Fed. Bar No. PHV10495
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org
Email: jshafer@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Parker Douglas
CT Fed. Bar No. PHV10761
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: kwaggoner@ADFlegal.org
Email: cholcomb@ADFlegal.org

Howard M. Wood III
CT Bar No. 68780, CT Fed. Bar No. 08758
James H. Howard
CT Bar No 309198, CT Fed. Bar No 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: (860) 643-1136
Fax: (860) 643-5773
Email: howard.wood@pfwlaw.com
Email: james.howard@pfwlaw.com

Attorneys for Plaintiffs

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, a copy of the foregoing Motion was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

/*s/ Roger G. Brooks*
Attorney for Plaintiffs