IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00201-RNC |
| | ) | |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) ) | |
| | ) | September 18, 2020 |
|     *Defendants.* | ) | |

**DEFENDANTS' JOINT MOTION FOR PERMISSION
TO FILE EXCESS PAGES**

The Connecticut Association of Schools, Inc. d/b/a Connecticut Interscholastic Conference ("CIAC"); Bloomfield Board of Education, Cromwell Board of Education, Glastonbury Board of Education, Canton Board of Education, and Danbury Board of Education (the "School board Defendants"); and Intervenors Andraya Yearwood, T.M., and the Connecticut Commission on Human Rights and Opportunities ("CHRO") (hereinafter collectively "Defendants"), move for permission to depart from the District's standard page limitations in filing their reply to Plaintiffs' opposition to their motion to dismiss (due September 25).  In support of their request, Defendants state as follows:

    1.   Defendants requested additional pages for their consolidated motion to dismiss, filed on August 21, 2020. The Court granted that request. ECF No. 143. Plaintiffs similarly requested, and received, additional pages for their opposition. ECF No. 153.

    2.   Given that Defendants are again consolidating their arguments in their reply, while they are making every effort to be concise, Defendants request that the Court allow them to exceed the District's standard 10-page limit by 5 pages, for a total of 15 pages.

    3.   Plaintiffs consent to this request.

Respectfully submitted,

/s/ Elana Bildner
Elana Bildner (ct30379)
Dan Barrett (ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org