# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> CONNECTICUT ASSOCIATION OF SCHOOLS d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, et al., <br><br> *Defendants.* | Case No.: 3:20-cv-00201-RNC <br><br><br> **PLAINTIFFS' DAMAGES ANALYSIS** <br><br><br> May 29, 2020 |

Pursuant to the Court's Scheduling Order Regarding Case Management Plan (Apr. 8, 2020, ECF No. 83), Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti, by and through counsel, submit the following:

1. Plaintiffs state that the only financial damages they seek consist of nominal damages and compensatory damages for emotional distress. *See* Amended Complaint Prayer for Relief (F).

2. Emotional distress damages are intrinsically difficult to quantify and are not amenable to mathematical calculation. The quantum of compensatory damages for emotional distress will therefore be a question of fact to be decided by the jury. *See, e.g., Williams v. Trader Publ'g Co.*, 218 F.3d 481, 486 n.3 (5th Cir. 2000).

1

Dated this 29th day of May, 2020.

By: *s/ Roger G. Brooks*

Roger G. Brooks
CT Fed. Bar No. PHV10498
Jeffrey A. Shafer
CT Fed. Bar No. PHV10495
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org
Email: jshafer@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: kwaggoner@ADFlegal.org
Email: cholcomb@ADFlegal.org

Howard M. Wood III
CT Bar No. 68780, CT Fed. Bar No. 08758
James H. Howard
CT Bar No 309198, CT Fed. Bar No 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: (860) 643-1136
Fax: (860) 643-5773
Email: howard.wood@pfwlaw.com
Email: james.howard@pfwlaw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, a copy of the foregoing Plaintiffs' Damages Analysis was served on counsel of record for all parties via electronic mail.

<u>s/ Roger G. Brooks</u><br>
Attorney for Plaintiffs