## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother; ASHLEY NICOLETTI, a minor, by Jennifer Nicoletti, her mother,<br><br>                  *Plaintiffs*,<br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>                  *Defendants.* | Case No.: 3:20-CV-00201-RNC<br><br>MOTION TO WITHDRAW APPEARANCE OF ATTORNEYS<br><br>Dated: November 4th, 2020 |

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEYS

Pursuant to Local Rule 7(e), Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti move to withdraw the appearances of attorneys Jeff Shafer and Parker Douglas, as they have terminated their employment with Alliance Defending Freedom. Plaintiffs will continue to be represented by Howard M. Wood, James H. Howard, and Alliance Defending Freedom attorneys Roger G. Brooks, Christiana M. Holcomb, and Kristen K. Waggoner.

1

Respectfully submitted this 4th day of November, 2020.

By: /s/ *Roger G. Brooks*

Roger G. Brooks
CT Fed. Bar No. PHV10498
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@ADFlegal.org

Kristen K. Waggoner
CT Fed. Bar No. PHV10500
Christiana M. Holcomb
CT Fed. Bar No. PHV10493
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Fax: (202) 347-3622
Email: kwaggoner@ADFlegal.org
Email: cholcomb@ADFlegal.org

Howard M. Wood III
CT Bar No. 68780, CT Fed. Bar No. 08758
James H. Howard
CT Bar No 309198, CT Fed. Bar No 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
Telephone: (860) 643-1136
Fax: (860) 643-5773
Email: howard.wood@pfwlaw.com
Email: james.howard@pfwlaw.com

Attorneys for Plaintiffs

<u>Certificate of Service</u>

I hereby certify that on November 4th, 2020, a copy of the foregoing Motion to Withdraw Appearance of Attorneys was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

                                                                                       /s/ *Roger G. Brooks*
                                                                                       Attorney for Plaintiffs