Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____   RPTR/ECRO/TAPE RPTR: Darlene Warner

TOTAL TIME: ____ hours 27 minutes

DATE: 1/5/2021   START TIME: 10:01 AM   END TIME: 10:28 AM

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:20-cv-00201-RNC

Soule et al

vs

Connecticut Association of Schools, Inc et al

Brooks, Howard

Plaintiff's Counsel

Yoder, Monastersky, Block, Roberts, Bildner, Barrett

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☑ ~~Miscellaneous Hearing~~
    Status Conference

☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: Telephone status conference held. The parties are to confer about whether they'd like the Court to address the motion to dismiss before the motion to join.