AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| SOULE, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:20-cv-00201 |
| CONN. ASSOCIATION OF SCHOOLS, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                                   .

Date:     02/23/2021                                                    s/ Amanda K. Dallo
                                                                                    *Attorney's signature*

                                                                        Amanda K. Dallo (PHV11067)
                                                                        *Printed name and bar number*

                                                                        United States Department of Justice
                                                                        Civil Rights Division
                                                                        950 Pennsylvania Avenue, NW
                                                                        Washington, DC 20530
                                                                                    *Address*

                                                                        Amanda.Dallo@usdoj.gov
                                                                                    *E-mail address*

                                                                        (202) 598-0161
                                                                                    *Telephone number*


                                                                                    *FAX number*