IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, by Cheryl Radachowsky, her mother,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION<br><br>　　　　　　　　　　Defendants. | No. 3:20-cv-00201 (RNC) |

**NOTICE OF WITHDRAWAL OF STATEMENT OF INTEREST**

　　　　This case involves a question about the application of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681-1688, and the U.S. Department of Education's implementing regulations, 34 C.F.R. Part 106, to transgender student athletes.  On March 24, 2020, the United States filed a Statement of Interest in this action, ECF No. 75.  The government has reconsidered the matter and hereby notifies the Court that it withdraws its Statement of Interest.

Respectfully Submitted,

| | |
|---|---|
| JOHN H. DURHAM<br>United States Attorney<br>District of Connecticut<br><br>JOHN B. HUGHES<br>Civil Chief<br>United States Attorney's Office<br>District of Connecticut<br>157 Church Street, 25th Floor<br>New Haven, Connecticut 06510 | PAMELA S. KARLAN<br>Principal Deputy Assistant Attorney General<br><br>SHAHEENA A. SIMONS<br>Acting Deputy Assistant Attorney General<br><br>WHITNEY PELLEGRINO<br>Acting Chief<br>Educational Opportunities Section<br><br>*/s/ Amanda K. Dallo*<br>AMANDA K. DALLO (PHV11067)<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington D.C. 20530<br>202-598-0161<br>Amanda.Dallo@usdoj.gov |

DATED: February 23, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

*Amanda K. Dallo*
_____
AMANDA K. DALLO
Attorney for the United States