

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

February 23, 2021

*Sent via email only to:*

*MIZEL001@hartford.gov*
Lori Mizerak
Assistant Corporation Counsel
City of Hartford
550 Main Street, Room 210
Hartford, Connecticut 06103
Attorney for Hartford Public Schools

*dmonastersky@HL-Law.com*
David S. Monastersky, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, Connecticut 06114
Attorney for Glastonbury Public Schools
    and Canton Public Schools

*pjmurphy@goodwin.com* &
*lyoder@goodwin.com*
Peter J. Murphy, Esq.
Linda L. Yoder, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Attorneys for Connecticut Interscholastic Athletic Conference
    and Danbury Public Schools

*jzelman@fordharrison.com*
Johanna Zelman, Esq.
Ford Harrison
CityPlace II
185 Asylum Street, Suite 610
Hartford, Connecticut 06103
Attorney for Bloomfield Public Schools
    and Cromwell Public Schools

400 MARYLAND AVE. S.W., WASHINGTON, DC 20202-1100
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*

Page 2 of 3 – Case Nos. 01-19-4025, 01-19-1252, 01-20-1003, 01-20-1004, 01-20-1005, 01-20-1006, and 01-20-1007

Re:  Case No. 01-19-4025
<u>Connecticut Interscholastic Athletic Conference</u>

Case No. 01-19-1252
<u>Glastonbury Public Schools</u>

Case No. 01-20-1003
<u>Bloomfield Public Schools</u>

Case No. 01-20-1004
<u>Canton Public Schools</u>

Case No. 01-20-1005
<u>Cromwell Public Schools</u>

Case No. 01-20-1006
<u>Danbury Public Schools</u>

Case No. 01-20-1007
<u>Hartford Public Schools</u>

Dear Attorneys Mizerak, Monastersky, Murphy, Yoder, and Zelman:

This letter is to notify you that the U.S. Department of Education (the Department) Office for Civil Rights (OCR) hereby withdraws the Revised Letter of Impending Enforcement Action ("Revised Letter"), dated August 31, 2020, the Letter of Impending Enforcement Action ("Letter"), dated May 15, 2020, and the underlying findings and determinations in the above-referenced cases.  Please also be advised that the Department has withdrawn its referral of the above-referenced cases to the U.S. Department of Justice requesting initiation of judicial proceedings.

The Revised Letter states that it "constitutes a formal statement of OCR's interpretation of Title IX and its implementing regulations." However, the Department has determined that the Revised Letter was issued without the review required for agency guidance documents that set out policy on a regulatory issue (known as "statements of general applicability and future effect") under the Office of Management and Budget's Final Bulletin on Agency Good Guidance Practices, 72 Fed. Reg. 3432 (Jan. 25, 2007).  In addition, pursuant to Executive Order 13988 on *Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation*, OCR is reviewing the above-referenced cases.  Therefore, the Revised Letter's statement of OCR's interpretation of Title IX and its implementing regulations should not be relied upon in this or any other matter.

Page 3 of 3 – Case Nos. 01-19-4025, 01-19-1252, 01-20-1003, 01-20-1004, 01-20-1005, 01-20-1006, and 01-20-1007

If you have any questions, please contact Timothy Blanchard, Regional Director, at 646-428-3805 or timothy.blanchard@ed.gov or Rachel Pomerantz, Chief Attorney, at 646-428-3835 or rachel.pomerantz@ed.gov.

Sincerely,

Suzanne B. Goldberg
Acting Assistant Secretary for Civil Rights

cc:     Glenn Lungarini, CIAC Executive Director, via email only
        Alan B. Bookman, Glastonbury Superintendent, via email only
        Kevin D. Case, Canton Superintendent, via email only
        Dr. Enza Macri, Cromwell Superintendent, via email only
        Dr. Sal V. Pascarella, Danbury Superintendent, via email only
        Dr. James Thompson, Jr., Bloomfield Superintendent, via email only
        Dr. Leslie Torres-Rodriguez, Hartford Superintendent, via email only
        Roger G. Brooks, Alliance Defending Freedom, Complainant, via email only