Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK: M. Bozek   RPTR/ECRO/TAPE: RPTR: Darlene Warner

TOTAL TIME: 2 hours 14 minutes

DATE: 2/26/2021   START TIME: 10:00 AM   END TIME: 12:14 PM

LUNCH RECESS   FROM:   TO:

RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:20-cv-00201-RNC

Soule et al

vs

Connecticut Association of Schools, Inc. et al

Brooks/Howard

Plaintiff's Counsel

Yoder/Murphy/Bischoff/Zelman/Monastersky/Block/Strangio/Barrett/Roberts

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#145   Motion to Dismiss Second Amended Complaint   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#_____   Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____ Hearing continued until _____ at _____

Notes: Hearing held via Zoom.