UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother; ASHLEY NICOLETTI, a minor, by Jennifer Nicoletti, her mother,<br><br>    Plaintiffs<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>    Defendants<br><br>and<br><br>ANDRAYA YEARWOOD; THANIA EDWARDS on behalf of her daughter, T.M.; COMMISSION ON HUMAN RIGHTS and OPPORTUNITIES,<br><br>    Intervenor-Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CASE NO. 3:20-cv-00201 (RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This action having come before the Court for consideration of the defendants' and intervenor-defendants' motion to dismiss, before the Honorable Robert N. Chatigny, United States District Judge. On February 21, 2020, Andraya Yearwood and Thania

Edwards on behalf of her daughter, T.M., filed a motion to intervene as defendants and on April 22, 2020, the Court granted the motion and Andraya Yearwood and Thania Edwards on behalf of her daughter, T.M., were added as intervenor-defendants in the case. On February 26, 2020, the Commission on Human Rights and Opportunities filed a motion to intervene and on April 22, 2020, the Court granted the motion and the Commission on Human Rights and Opportunities was added as an intervenor-defendant in this case.

The Court having considered the full record of the case including applicable principles of law, and having granted the defendants' and intervenor-defendants' motion to dismiss on April 25, 2021, it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the defendants dismissing the action.

Dated at Hartford, Connecticut, this 26th day of April, 2021.

ROBIN D. TABORA, Clerk

By: /s/ Michael Bozek
    Michael Bozek
    Deputy Clerk

Entered on Docket: 4/26/2021