# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, a minor, by Bianca Stanescu, her mother; CHELSEA MITCHELL, a minor, by Christina Mitchell, her mother; ALANNA SMITH, a minor, by Cheryl Radachowsky, her mother; ASHLEY NICOLETTI, a minor, by Jennifer Nicoletti, her mother,<br><br>     Plaintiffs,<br> v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>     Defendants,<br> and<br><br>ANDRAYA YEARWOOD; THANIA EDWARDS on behalf of her daughter, T.M.; CONNECTICUT COMMISSION ON HUMAN RIGHTS,<br><br>     Intervenors. | Case No. 3:20-cv-00201 (RNC)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti, hereby appeal to the United States Court of Appeals for the Second Circuit from the Ruling and Order (Doc. 178) and Judgment

(Doc. 179) granting Defendants' and Intervenors' Motion to Dismiss, entered in this action on April 26, 2021.

    Respectfully submitted.

|  |  |
|---|---|
|  | s/ *Roger G. Brooks* |
| Kristen K. Waggoner | Roger G. Brooks |
| CT Fed. Bar No. PHV10500 | CT Fed. Bar No. PHV 10498 |
| Christiana M. Holcomb | ALLIANCE DEFENDING FREEDOM |
| CT Fed. Bar No. PHV10493 | 15100 N. 90th Street |
| ALLIANCE DEFENDING FREEDOM | Scottsdale, AZ 85260 |
| 440 First St., NW, Suite 600 | (480) 444-0020 |
| Washington, DC 20001 | rbrooks@ADFlegal.org |
| (202) 393-8690 |  |
| kwaggoner@ADFlegal.org |  |
| cholcomb@ADFlegal.org |  |

Howard M. Wood, III
CT Fed. Bar No. 08758
James T. Howard
CT Fed. Bar No. 07418
Fiorentino, Howard & Petrone, P.C.
773 Main Street
Manchester, CT 06040
(860) 643-1136
howard.wood@pfwlaw.com
james.howard@pfwlaw.com

    *Attorneys for Plaintiffs*

May 26, 2021