APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:20-cv-00201-RNC

Soule et al v. Connecticut Association of Schools, Inc. et al
Assigned to: Judge Robert N. Chatigny
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/12/2020
Date Terminated: 04/26/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Selina Soule**
*a minor, by Bianca Stanescu, her mother*

represented by   **Howard M. Wood , III**
Phelon, Fitzgerald & Wood
773 Main St.
Manchester, CT 06040
860-643-1136
Email: howard.wood@pfwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Howard**
Fiorentino, Howard, Patrone, P.C.
773 Main Street
Manchester, CT 06040
860-643-1136
Fax: 860-643-5773
Email: jim.howard@pfwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Waggoner**
Alliance Defending Freedom
440 First Street NW
Suite 600
Washington, DC 20001
202-393-8690
Fax: 202-347-3622
Email: kwaggoner@adflegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christiana M. Holcomb**
Alliance Defending Freedom
440 First Street NW
Suite 600
Washington, DC 20001
202-393-8690
Email: cholcomb@adflegal.org
*ATTORNEY TO BE NOTICED*

**Jeff Shafer**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
Email: jshafer@langdonlaw.com
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Roger Greenwood Brooks**
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
919-402-1758
Email: rbrooks@adflegal.org
*ATTORNEY TO BE NOTICED*

**Tw Parker Douglas**
Alliance Defending Freedom
440 First Street NW
Suite 600
Washington, DC 20001
202-393-8690
Email: pdouglas@ADFlegal.org
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chelsea Mitchell**
*a minor, by Christina Mitchell, her mother*

represented by   **Howard M. Wood , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christiana M. Holcomb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Shafer**
(See above for address)
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Roger Greenwood Brooks**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Tw Parker Douglas**
(See above for address)
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alanna Smith**
*a minor, by Cheryl Radachowsky, her
mother*

represented by **Howard M. Wood , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Waggoner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christiana M. Holcomb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Shafer**
(See above for address)
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Roger Greenwood Brooks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tw Parker Douglas**
(See above for address)
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Nicoletti**
*a minor, by Jennifer Nicoletti, her mother*

represented by **Howard M. Wood , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James H. Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen Waggoner**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Greenwood Brooks**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tw Parker Douglas**
(See above for address)
*TERMINATED: 11/05/2020*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Connecticut Association of Schools, Inc.**
*doing business as*
Connecticut Interscholastic Athletic
Conference

represented by **Linda L. Yoder**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-916-7156
Email: lyoder@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Joseph Murphy**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5950
Fax: 860-251-5316
Email: pjmurphy@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tyler Bischoff**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5812
Email: tbischoff@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Bloomfield Public Schools Board of
Education**

represented by **Elizabeth Mott Smith**
Ford Harrison LLP
CityPlace II
185 Asylum Street
Suite 610
Hartford, CT 06103

860-740-1358
Email: esmith@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johanna G. Zelman**
Ford Harrison, LLP
CityPlace II
185 Asylum Street
Suite 610
Hartford, CT 06103
860-740-1361
Fax: 860-740-1393
Email: jzelman@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Shihabi**
FordHarrison LLP
60 East 42nd Street
Ste 51st Floor
New York, NY 10165
202-527-8407
Email: mshihabi@fordharrison.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cromwell Public Schools Board of Education**          represented by **Elizabeth Mott Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johanna G. Zelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Shihabi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Glastonbury Public Schools Board of Education**          represented by **David S. Monastersky**
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
860-249-1361
Fax: 860-249-7665
Email: dmonastersky@hl-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Canton Public Schools Board of Education** | represented by | **David S. Monastersky**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Danbury Public Schools Board of Education** | represented by | **Linda L. Yoder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter Joseph Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tyler Bischoff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor Defendant**

| | | |
|---|---|---|
| **Andraya Yearwood** | represented by | **Dan Barrett**<br>American Civil Liberties Union - CT<br>765 Asylum Ave., 1st Floor<br>Hartford, CT 06105<br>860-471-8471<br>Email: dbarrett@acluct.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Chase Strangio**<br>New York<br>125 Broad St.<br>Ste 18th Fl.<br>New York<br>New York, NY 10004<br>212-284-7320<br>Email: cstrangio@aclu.org<br>*ATTORNEY TO BE NOTICED* |
| | | **Elana Spungen Bildner**<br>ACLU Foundation of Connecticut<br>765 Asylum Avenue, 1st Floor<br>Hartford, CT 06105<br>860-471-8475<br>Email: ebildner@acluct.org<br>*ATTORNEY TO BE NOTICED* |
| | | **Galen Sherwin**<br>Aclu |

125 Broad Street
Ste 18th Floor
New York, NY 10004
212-519-7819
Fax: 212-549-2650
Email: gsherwin@aclu.org
*ATTORNEY TO BE NOTICED*

**James D. Esseks**
American Civil Liberties Union Foundation
125 Broad Street
Ste 18th Floor
New York, NY 10004
212-549-2627
Fax: 212-549-2650
Email: jesseks@aclu.org
*ATTORNEY TO BE NOTICED*

**Joshua A. Block**
American Civil Liberties Union
125 Broad Street
Floor 18
New York, NY 10004
212-549-2593
Email: jblock@aclu.org
*ATTORNEY TO BE NOTICED*

**Lindsey Kaley**
American Civil Liberties Union Foundation
125 Broad Street
Ste 18th Floor
New York, NY 10004
212-519-7823
Email: lkaley@aclu.org
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Thania Edwards**                     represented by **Dan Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Strangio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elana Spungen Bildner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Galen Sherwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James D. Esseks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua A. Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Kaley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **Commission on Human Rights and Opportunities** | represented by | **Michael Roberts** |

Commission on Human Rights &
Opportunities
450 Columbus Blvd.
Suite 2
Hartford, CT 06103
860-541-4715
Email: michael.e.roberts@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| **U.S. Department of Education** | represented by | **Joshua E Gardner** |

DOJ-Civ
Poc Agostinho, Jean
1100 L St., N.W.
Ste 12200
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| **Betsy DeVos** | represented by | **Joshua E Gardner** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| **U.S. Department of Education Office for Civil Rights** | represented by | **Joshua E Gardner** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

| | | |
|---|---|---|
| **United States** | represented by | **Amanda Dallo** |

DOJ-Crt

950 Pennsylvania Ave. NW
4con
Ste 10th Floor
Washington, DC 20530
202-616-2679
Email: amanda.dallo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Donnelly**
DOJ-Crt
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
202-616-2788
Email: matthew.donnelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2020 | 1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number ACTDC-5691204.), filed by Selina Soule, Alanna Smith, Chelsea Mitchell. (Attachments: # 1 Civil Cover Sheet)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 |  | Request for Clerk to issue summons as to All Defendants. (Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 | 2 | MOTION for Attorney(s) Roger G. Brooks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691797) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Roger G. Brooks, # 2 Text of Proposed Order)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 |  | Judge Robert N. Chatigny added. (Nuzzi, Tiffany) (Entered: 02/12/2020) |
| 02/12/2020 | 3 | MOTION for Attorney(s) Jeffrey A. Shafer to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691855) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Jeffrey A. Shaffer, # 2 Text of Proposed Order)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 | 4 | MOTION for Attorney(s) Christiana M. Holcomb to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691868) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Christiana M. Holcomb, # 2 Text of Proposed Order)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 | 5 | Order on Pretrial Deadlines: Amended Pleadings due by 4/12/2020. Discovery due by 8/13/2020. Dispositive Motions due by 9/17/2020.<br>Signed by Clerk on 02/12/2020.(Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Robert N. Chatigny on 02/12/2020.(Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 7 | STANDING PROTECTIVE ORDER Signed by Judge Robert N. Chatigny on 02/12/2020.(Murphy, Tatihana) (Entered: |

| | | 02/12/2020) |
|---|---|---|
| 02/12/2020 | 8 | MOTION for Attorney(s) Kristen K. Waggoner to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5692198) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Kristen K. Waggoner, # 2 Text of Proposed Order)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 | 9 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Order on Pretrial Deadlines, 3 MOTION for Attorney(s) Jeffrey A. Shafer to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691855) filed by Chelsea Mitchell, Alanna Smith, Selina Soule, 6 Electronic Filing Order, 4 MOTION for Attorney(s) Christiana M. Holcomb to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691868) filed by Chelsea Mitchell, Alanna Smith, Selina Soule, 2 MOTION for Attorney(s) Roger G. Brooks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691797) filed by Chelsea Mitchell, Alanna Smith, Selina Soule, 8 MOTION for Attorney(s) Kristen K. Waggoner to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5692198) filed by Chelsea Mitchell, Alanna Smith, Selina Soule, 7 Standing Protective Order, 1 Complaint filed by Chelsea Mitchell, Alanna Smith, Selina Soule Signed by Clerk on 02/12/2020.(Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 10 | ORDER granting 2 Motion to Appear Pro Hac Vice as to Roger G. Brooks. Certificate of Good Standing due by 4/12/2020. Signed by Clerk on 02/12/2020. (Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 11 | ORDER granting 3 Motion to Appear Pro Hac Vice as to Jeffrey A. Shafer. Certificate of Good Standing due by 4/12/2020.. Signed by Clerk on 02/12/2020. (Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 12 | MOTION for Preliminary Injunction by Chelsea Mitchell, Alanna Smith, Selina Soule.Responses due by 3/4/2020 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Wood, Howard) (Entered: 02/12/2020) |
| 02/12/2020 | 13 | ORDER granting 4 Motion to Appear Pro Hac Vice as to Christiana M. Holcomb. Certificate of Good Standing due by 4/12/2020. Signed by Clerk on 02/12/2020. (Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 14 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education* with answer to complaint due within *21* days. Attorney *Howard M. Wood, III* *Phelon, Fitzgerald & Wood* *773 Main St.* *Manchester, CT 06040*. (Murphy, Tatihana) (Entered: 02/12/2020) |
| 02/12/2020 | 15 | MOTION to Expedite *Hearing to Show Cause and Briefing Schedule* by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Text of Proposed Order) (Wood, Howard) (Entered: 02/12/2020) |
| 02/13/2020 | 16 | MOTION for Attorney(s) Kristen K. Waggoner to be Admitted Pro Hac Vice by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Kristen Waggoner, # 2 Text of Proposed Order)(Wood, Howard) (Entered: 02/13/2020) |
| 02/14/2020 | 17 | ORDER granting 16 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 4/14/2020. Signed by Clerk on 2/14/2020. (Murphy, Tatihana) (Entered: |

| | | |
|---|---|---|
| | | 02/14/2020) |
| 02/14/2020 | 18 | ORDER denying as moot 8 Motion to Appear pro hac vice in light of ECF No.17. Signed by Judge Robert N. Chatigny on 2/14/2020. (Rickevicius, L.) (Entered: 02/14/2020) |
| 02/14/2020 | 19 | NOTICE of Appearance by Dan Barrett on behalf of Andraya Yearwood, Thania Edwards (Barrett, Dan) (Entered: 02/14/2020) |
| 02/14/2020 | 20 | OBJECTION re 15 MOTION to Expedite *Hearing to Show Cause and Briefing Schedule* filed by Thania Edwards, Andraya Yearwood. (Barrett, Dan) (Entered: 02/14/2020) |
| 02/14/2020 | 21 | NOTICE of Appearance by Jeff Shafer on behalf of Chelsea Mitchell, Alanna Smith, Selina Soule (Shafer, Jeff) (Entered: 02/14/2020) |
| 02/14/2020 | 22 | NOTICE of Appearance by Roger Greenwood Brooks on behalf of Chelsea Mitchell, Alanna Smith, Selina Soule (Brooks, Roger) (Entered: 02/14/2020) |
| 02/14/2020 | 23 | NOTICE of Appearance by Christiana M. Holcomb on behalf of Chelsea Mitchell, Alanna Smith, Selina Soule (Holcomb, Christiana) (Entered: 02/14/2020) |
| 02/18/2020 | 24 | REPLY to Response to 15 MOTION to Expedite *Hearing to Show Cause and Briefing Schedule* filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Howard, James) (Entered: 02/18/2020) |
| 02/19/2020 | 25 | NOTICE of Appearance by Kristen Waggoner on behalf of Chelsea Mitchell, Alanna Smith, Selina Soule (Waggoner, Kristen) (Entered: 02/19/2020) |
| 02/20/2020 | 26 | SUMMONS Returned Executed by Alanna Smith, Chelsea Mitchell, Selina Soule. Bloomfield Public Schools Board of Education served on 2/18/2020, answer due 3/10/2020; Canton Public Schools Board of Education served on 2/18/2020, answer due 3/10/2020; Connecticut Association of Schools, Inc. served on 2/19/2020, answer due 3/11/2020; Cromwell Public Schools Board of Education served on 2/19/2020, answer due 3/11/2020; Danbury Public Schools Board of Education served on 2/19/2020, answer due 3/11/2020; Glastonbury Public Schools Board of Education served on 2/18/2020, answer due 3/10/2020. (Howard, James) (Entered: 02/20/2020) |
| 02/20/2020 | 27 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference Re: Next Steps set for 2/27/2020 at 2:00 PM before Judge Robert N. Chatigny. Plaintiffs' counsel will initiate the call to chambers at 860-240-2629 (conference line only) with all counsel on the line. (Rickevicius, L.) (Entered: 02/20/2020) |
| 02/20/2020 | 28 | CERTIFICATE OF GOOD STANDING re 4 MOTION for Attorney(s) Christiana M. Holcomb to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691868) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Holcomb, Christiana) (Entered: 02/20/2020) |
| 02/20/2020 | 29 | CERTIFICATE OF GOOD STANDING re 3 MOTION for Attorney(s) Jeffrey A. Shafer to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691855) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Shafer, Jeff) (Entered: 02/20/2020) |
| 02/20/2020 | 30 | CERTIFICATE OF GOOD STANDING re 16 MOTION for Attorney(s) Kristen K. Waggoner to be Admitted Pro Hac Vice by Chelsea Mitchell, Alanna Smith, Selina Soule. (Waggoner, Kristen) (Entered: 02/20/2020) |
| 02/20/2020 | 31 | NOTICE of Appearance by Peter Joseph Murphy on behalf of Connecticut Association |

| | | of Schools, Inc. (Murphy, Peter) (Entered: 02/20/2020) |
|---|---|---|
| 02/20/2020 | 32 | NOTICE of Appearance by Linda L. Yoder on behalf of Connecticut Association of Schools, Inc. (Yoder, Linda) (Entered: 02/20/2020) |
| 02/21/2020 | 33 | NOTICE of Appearance by Johanna G. Zelman on behalf of Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education (Zelman, Johanna) (Entered: 02/21/2020) |
| 02/21/2020 | 34 | NOTICE of Appearance by Elizabeth Mott Smith on behalf of Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education (Smith, Elizabeth) (Entered: 02/21/2020) |
| 02/21/2020 | 35 | MOTION for Attorney(s) Chase Strangio, Joshua Block, James Esseks, Lindsey Kaley, and Galen Sherwin to be Admitted Pro Hac Vice (paid $375 PHV fee; receipt number ACTDC-5707968) by Thania Edwards, Andraya Yearwood. (Barrett, Dan) (Entered: 02/21/2020) |
| 02/21/2020 | 36 | MOTION to Intervene *as Defendants* by Thania Edwards, Andraya Yearwood.Responses due by 3/13/2020 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Barrett, Dan) (Entered: 02/21/2020) |
| 02/21/2020 | 37 | NOTICE of Appearance by David S. Monastersky on behalf of Canton Public Schools Board of Education, Glastonbury Public Schools Board of Education (Monastersky, David) (Entered: 02/21/2020) |
| 02/25/2020 | 38 | ORDER granting 35 Motion to Appear Pro Hac Vice as to Chase Strangio, Joshua Block, James Esseks,Lindsey Kaley, and Galen Sherwin, Certificate of Good Standing due by 4/25/2020. Signed by Clerk on 2/25/2020. (Murphy, Tatihana) (Entered: 02/25/2020) |
| 02/25/2020 | 39 | CERTIFICATE OF GOOD STANDING re 2 MOTION for Attorney(s) Roger G. Brooks to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5691797) by Chelsea Mitchell, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 02/25/2020) |
| 02/26/2020 | 40 | NOTICE of Appearance by Galen Sherwin on behalf of Thania Edwards, Andraya Yearwood (Sherwin, Galen) (Entered: 02/26/2020) |
| 02/26/2020 | 41 | NOTICE of Appearance by Michael Roberts on behalf of Commission on Human Rights and Opportunities (Roberts, Michael) (Entered: 02/26/2020) |
| 02/26/2020 | 42 | NOTICE of Appearance by Joshua A. Block on behalf of Thania Edwards, Andraya Yearwood (Block, Joshua) (Entered: 02/26/2020) |
| 02/26/2020 | 43 | MOTION to Intervene by Commission on Human Rights and Opportunities.Responses due by 3/18/2020 (Attachments: # 1 Memorandum in Support of Motion to Intervene, # 2 Exhibit)(Roberts, Michael) (Entered: 02/26/2020) |
| 02/26/2020 | 44 | NOTICE of Appearance by Chase Strangio on behalf of Thania Edwards, Andraya Yearwood (Strangio, Chase) (Entered: 02/26/2020) |
| 02/26/2020 | 45 | NOTICE of Appearance by James D. Esseks on behalf of Thania Edwards, Andraya Yearwood (Esseks, James) (Entered: 02/26/2020) |
| 02/26/2020 | 46 | NOTICE of Appearance by Lindsey Kaley on behalf of Thania Edwards, Andraya Yearwood (Kaley, Lindsey) (Entered: 02/26/2020) |
| 02/26/2020 | 47 | Memorandum in Opposition re 36 MOTION to Intervene *as Defendants* filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Exhibit A)(Wood, |

| | | Howard) (Entered: 02/26/2020) |
|---|---|---|
| 02/27/2020 | 48 | NOTICE of Appearance by Peter Joseph Murphy on behalf of Danbury Public Schools Board of Education (Murphy, Peter) (Entered: 02/27/2020) |
| 02/27/2020 | 49 | NOTICE of Appearance by Linda L. Yoder on behalf of Danbury Public Schools Board of Education (Yoder, Linda) (Entered: 02/27/2020) |
| 02/27/2020 | 50 | EXHIBIT *A - CORRECTED* by Chelsea Mitchell, Alanna Smith, Selina Soule re 47 Memorandum in Opposition to Motion. (Wood, Howard) (Entered: 02/27/2020) |
| 02/27/2020 | 51 | ORDER: As discussed on the telephonic status conference, the preliminary schedule is as follows. The individual proposed intervenors will file a reply brief in support of their motion to intervene on or before March 2, 2020. The CHRO will file a supplemental brief in support of its motion to intervene on or before March 2, 2020; plaintiffs will file an opposition brief on or before March 6, 2020; and the CHRO will file a reply brief on or before March 9, 2020. Defendants will file a brief outlining their positions on the issues of the case on or before March 13, 2020. The parties will then meet and confer in person at the offices of Shipman & Goodwin LLP on March 19, 2020 at 2:00 PM to discuss the needs of the case and propose a schedule. Signed by Judge Robert N. Chatigny on 2/27/2020.(Gazzola, Mario) (Entered: 02/27/2020) |
| 02/27/2020 | 52 | Minute Entry for proceedings held before Judge Robert N. Chatigny: Telephone Status Conference re Preliminary Schedule held on 2/27/2020. Total Time: 1 hour and 9 minutes. (Court Reporter Warner, D.) (Pipech, L.) (Entered: 02/28/2020) |
| 02/28/2020 | 53 | REPLY to Response to 36 MOTION to Intervene *as Defendants* filed by Thania Edwards, Andraya Yearwood. (Strangio, Chase) (Entered: 02/28/2020) |
| 03/02/2020 | 54 | Supplemental EXHIBIT by Commission on Human Rights and Opportunities re 43 MOTION to Intervene . (Roberts, Michael) (Entered: 03/02/2020) |
| 03/02/2020 | 55 | Memorandum in Support re 36 MOTION to Intervene *as Defendants* filed by Connecticut Association of Schools, Inc.. (Murphy, Peter) (Entered: 03/02/2020) |
| 03/03/2020 | 56 | Memorandum in Support re 36 MOTION to Intervene *as Defendants* filed by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Zelman, Johanna) (Entered: 03/03/2020) |
| 03/04/2020 | 57 | RESPONSE re 56 Memorandum in Support of Motion, 55 Memorandum in Support of Motion by Chelsea Mitchell, Alanna Smith, Selina Soule. (Wood, Howard) (Entered: 03/04/2020) |
| 03/05/2020 | 58 | MOTION for Extension of Time until April 20, 2020 to file an answer or otherwise respond to Complaint 1 Complaint by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education. (Zelman, Johanna) (Entered: 03/05/2020) |
| 03/06/2020 | 59 | Memorandum in Opposition re 58 MOTION for Extension of Time until April 20, 2020 to file an answer or otherwise respond to Complaint 1 Complaint filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Wood, Howard) (Entered: 03/06/2020) |
| 03/06/2020 | 60 | Memorandum in Opposition *to Motion of the CHRO* re 43 MOTION to Intervene filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Wood, Howard) (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/09/2020 | [61](#) | REPLY to Response to [43](#) MOTION to Intervene filed by Commission on Human Rights and Opportunities. (Roberts, Michael) (Entered: 03/09/2020) |
| 03/11/2020 | 62 | ORDER granting [58](#) Motion for Extension of Time to 4/20/2020 to file an answer or otherwise respond to the lawsuit filed by Plaintiffs. Signed by Judge Robert N. Chatigny on 3/11/2020. (Rickevicius, L.) (Entered: 03/11/2020) |
| 03/11/2020 | | Answer deadline updated for Bloomfield Public Schools Board of Education to 4/20/2020; Canton Public Schools Board of Education to 4/20/2020; Connecticut Association of Schools, Inc. to 4/20/2020; Cromwell Public Schools Board of Education to 4/20/2020; Danbury Public Schools Board of Education to 4/20/2020; Glastonbury Public Schools Board of Education to 4/20/2020. (Rickevicius, L.) (Entered: 03/11/2020) |
| 03/13/2020 | [63](#) | Joint NOTICE by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education (Murphy, Peter) (Entered: 03/13/2020) |
| 03/17/2020 | [64](#) | NOTICE by Chelsea Mitchell, Alanna Smith, Selina Soule *Position Re: Anonymity of minor* (Howard, James) (Entered: 03/17/2020) |
| 03/17/2020 | [65](#) | Joint MOTION clarification on Proposed Intervenors' participation in meet and confer on 3/19/2020 by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood.Responses due by 4/7/2020 (Zelman, Johanna) (Entered: 03/17/2020) |
| 03/18/2020 | [66](#) | Joint MOTION for Clarification *CORRECTED* by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Zelman, Johanna) (Entered: 03/18/2020) |
| 03/18/2020 | [67](#) | Memorandum in Opposition re [65](#) Joint MOTION clarification on Proposed Intervenors' participation in meet and confer on 3/19/2020 filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 03/18/2020) |
| 03/18/2020 | 68 | ORDER granting in part and denying in part [65](#) Motion. Insofar as the motion seeks clarification of the right of proposed intervenor-defendants Yearwood and Edwards to participate in tomorrow's conference, it is granted; insofar as it seeks an order permitting their counsel to actively participate in the conference in the same manner and to the same extent as counsel for the existing parties (i.e. as if their motion to intervene had already been granted unconditionally), it is denied. At this preliminary stage, and for purposes of this conference, the proposed intervenors' legal interests are more than adequately represented by counsel for the defendants, whose position on the matters to be discussed appears to closely align with that of the proposed intervenors in all material respects. This order does not exclude counsel from attending the conference. Proposed intervenors' counsel may attend by telephone as observers, just as counsel would be able to do if the conference were conducted in open court. Of course, proposed intervenors' counsel is free to speak with defendants' counsel during any breaks, again just as counsel would be able to do if the conference were in open court. The same is true of counsel for proposed intervenor-defendant CHRO. At the outset of the conference, CIAC should provide as much information as possible about |

| | | the possibility that spring athletics will have to be cancelled due to the novel coronavirus pandemic, and the parties should then discuss what the impact of that would be on this case. So ordered. Signed by Judge Robert N. Chatigny on 3/18/20. (Chatigny, Robert) (Entered: 03/18/2020) |
|---|---|---|
| 03/18/2020 | 69 | EXHIBIT by Chelsea Mitchell, Alanna Smith, Selina Soule re 64 Notice (Other). (Brooks, Roger) (Entered: 03/18/2020) |
| 03/19/2020 | 70 | NOTICE of Appearance by James H. Howard on behalf of Chelsea Mitchell, Alanna Smith, Selina Soule (Howard, James) (Entered: 03/19/2020) |
| 03/19/2020 | 71 | MOTION for Extension of Time until March 27, 2020 to file report concerning results of meet and confer by Chelsea Mitchell, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 03/19/2020) |
| 03/20/2020 | 72 | ORDER granting 71 Consent Motion for Extension of Time to 3/27/2020 to report to the Court concerning the results of discussions between the parties. Signed by Judge Robert N. Chatigny on 3/20/2020. (Rickevicius, L.) (Entered: 03/20/2020) |
| 03/20/2020 | 73 | ORDER finding as moot 66 Motion for Clarification. Signed by Judge Robert N. Chatigny on 3/20/20. (Chatigny, Robert) (Entered: 03/20/2020) |
| 03/24/2020 | 74 | NOTICE of Appearance by Matthew Donnelly on behalf of United States (Donnelly, Matthew) (Entered: 03/24/2020) |
| 03/24/2020 | 75 | NOTICE by United States *of Statement of Interest* (Donnelly, Matthew) (Entered: 03/24/2020) |
| 03/26/2020 | 76 | CERTIFICATE OF GOOD STANDING re 35 MOTION for Attorney(s) Chase Strangio, Joshua Block, James Esseks, Lindsey Kaley, and Galen Sherwin to be Admitted Pro Hac Vice (paid $375 PHV fee; receipt number ACTDC-5707968) by Thania Edwards, Andraya Yearwood. (Kaley, Lindsey) (Entered: 03/26/2020) |
| 03/27/2020 | 77 | Joint RESPONSE by Chelsea Mitchell, Alanna Smith, Selina Soule *(From Meet-and-Confer Conference)*. (Brooks, Roger) (Entered: 03/27/2020) |
| 03/27/2020 | 78 | Joint RESPONSE by Thania Edwards, Andraya Yearwood *and all parties regarding conference on conditions of intervention*. (Barrett, Dan) (Entered: 03/27/2020) |
| 03/28/2020 | 79 | CASE MANAGEMENT ORDER: The Court thanks counsel for the Parties' Joint Response From Meet-And-Confer Conference. The parties' respective proposals reflect due consideration of numerous issues in a compressed timeframe, which is appreciated. Based on the latest available information concerning the current status of the pandemic in Connecticut, and its probable future course, it seems all but certain that school will not resume before the fall term. Accordingly, having had the benefit of the parties' joint report, and mindful of the proposals it contains, I think it will be most helpful if counsel confer and submit a supplemental Joint Response, on or before April 6, 2020, with regard to the following: assuming CIAC will soon be forced to cancel spring athletics due to the pandemic, what issues will still need to be adjudicated in this case, in what order should the issues be taken up, and what schedule should be adopted for adjudicating the issues? For example, what impact will cancellation of the spring season have on the plaintiffs' claims for declaratory and injunctive relief? If plaintiffs intend to press claims for declaratory and injunctive relief notwithstanding cancellation of the spring season, what steps will be required to adjudicate the claims, what would be the best sequence for those steps, and what schedule should be adopted for completing them? If, as has been reported, plaintiffs intend to seek damages in any event, what steps will be required to adjudicate any such claims, what would be the optimal sequence for those steps, and what schedule should be adopted for completing |

| | | |
|---|---|---|
| | | them? For example, would defendants seek to file a pre-discovery motion to dismiss? Assuming such a motion were to be filed, what schedule would counsel suggest for briefing and arguing the motion. Counsel should note that the Court is in the process of making arrangements to conduct proceedings remotely during the lockdown, which is now expected to last some months. If counsel need more time to confer and submit the Supplemental Joint Response, they may request an extension of the April 6 deadline by calling chambers (i.e. without the need for filing a formal motion). So ordered. Signed by Judge Robert N. Chatigny on 3/28/20.(Chatigny, Robert) (Entered: 03/28/2020) |
| 04/06/2020 | 80 | MOTION to Expedite *Order to Show Cause Hearing* by Chelsea Mitchell, Alanna Smith, Selina Soule. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Brooks, Roger) (Entered: 04/06/2020) |
| 04/06/2020 | 81 | Joint RESPONSE *From Meet-and-Confer Concerning Case Scheduling in the Event of Complete Cancellation of Spring Season* filed by Chelsea Mitchell, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 04/06/2020) |
| 04/08/2020 | 82 | ORDER denying 80 Motion to Expedite. Plaintiffs' motion to expedite asks the Court to proceed with their motion for a preliminary injunction as though high school track meets, which have been indefinitely suspended due to the coronavirus pandemic, will be conducted before the fall. The motion relies on CIAC's decision to "hold off as long as possible before cancelling all spring sport experiences." Plaintiffs' desire to run track this spring is perfectly understandable, as is CIAC's wish to avoid disappointing student athletes like the plaintiffs until it has no alternative. Realistically, however, the possibility that track meets will be held this spring (or even this summer) appears to be remote at best, unfortunately. The coronavirus pandemic has created a national emergency and resulted in a lockdown across Connecticut with all schools and nonessential businesses closed. People are expected to remain in their homes and are prohibited from gathering in public. How long these extraordinary and unprecedented measures will have to remain in place in order to protect public health is unknown and unknowable. However, it would be very surprising to me if responsible public officials in Connecticut were to reopen schools and conduct sporting events this spring when the highly contagious, potentially lethal coronavirus is expected to continue to be present throughout the state. If spring sports must be cancelled because of the ongoing pandemic, which is by far the most likely outcome at this point, expedited treatment of the plaintiffs' motion for preliminary injunction is unwarranted. The motion for a preliminary injunction is predicated on the plaintiffs' claim that they have a legal right to run in track events for girls this spring without having to compete against transgender girls. If no track events can be held this spring due to the pandemic, plaintiffs have no need for such a preliminary injunction. Any claims for other injunctive relief or damages that plaintiffs wish to press in this litigation can be taken up in accordance with a schedule that gives all concerned adequate time to address the various issues of law and fact discussed in the parties' submissions concerning scheduling. A tailored scheduling order that aims to achieve that objective will be entered today. Accordingly, the motion to expedite is hereby denied. So ordered. Signed by Judge Robert N. Chatigny on 4/8/20. (Chatigny, Robert) (Entered: 04/08/2020) |
| 04/08/2020 | 83 | SCHEDULING ORDER: Please read full text of attached Order for details. Answer due 4/27/2020; Discovery due by 12/31/2020; Initial Status Report due by 5/8/2020; Prefiling Conference Request Re: Rule 12 motions due by 4/20/2020; Prefiling Conference Request Re: Dispositive motions due 11/16/2020; Settlement Conference 1/2021; Trial Ready Date 4/30/2021; Trial Brief due by 3/20/2021. |

| | | Signed by Judge Robert N. Chatigny on 4/8/2020. (Rickevicius, L.) (Entered: 04/08/2020) |
|---|---|---|
| 04/08/2020 | 84 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference set for 5/14/2020 at 10:00 AM before Judge Robert N. Chatigny. Please use the following dial in information for the call. Call in- 866-434-5269; Access Code: 8189198# (Rickevicius, L.) (Entered: 04/08/2020) |
| 04/10/2020 | 85 | MOTION for Extension of Time until July 1, 2020 *to* file certificates of good standing by Thania Edwards, Andraya Yearwood. (Barrett, Dan) (Entered: 04/10/2020) |
| 04/11/2020 | 86 | ORDER granting 85 Motion for Extension of Time. Signed by Judge Robert N. Chatigny on 4/11/20. (Chatigny, Robert) (Entered: 04/11/2020) |
| 04/13/2020 | 87 | MOTION for intervention Order by Thania Edwards, Andraya Yearwood. (Barrett, Dan) (Entered: 04/13/2020) |
| 04/14/2020 | 88 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference Re: 36 Motion to Intervene and 43 Motion to Intervene set for 4/16/2020 at 10:00 AM before Judge Robert N. Chatigny. Please use the following call in information: Call in 866-434-5269; access code 8189198#. (Rickevicius, L.) (Entered: 04/14/2020) |
| 04/16/2020 | 90 | Minute Entry. Proceedings held before Judge Robert N. Chatigny: taking under advisement 36 Motion to Intervene; taking under advisement 43 Motion to Intervene; Motion Hearing held on 4/16/2020 re 43 MOTION to Intervene filed by Commission on Human Rights and Opportunities, 36 MOTION to Intervene *as Defendants* filed by Thania Edwards, Andraya Yearwood. Total Time: 1 hour and 30 minutes(Court Reporter Darlene Warner.) (Bozek, M.) (Entered: 04/17/2020) |
| 04/17/2020 | 89 | AMENDED COMPLAINT against Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education, filed by Alanna Smith, Chelsea Mitchell, Selina Soule.(Brooks, Roger) (Entered: 04/17/2020) |
| 04/20/2020 | 91 | Joint MOTION for Joinder *of U.S. Department of Education* by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Murphy, Peter) (Entered: 04/20/2020) |
| 04/22/2020 | 92 | ORDER granting 36 Motion to Intervene; finding as moot 87 Motion for Order. The only seriously contested issue with regard to the proposed intervenors (PIs) motion to intervene as of right under Fed. R. Civ. P. 24(a) is whether they have overcome the presumption that their interests are adequately represented by the existing defendants. I conclude that the presumption has been overcome. Inadequacy of representation may be established when a would-be defendant seeks to raise a defense that will not be raised otherwise. See Meriwether v. Trustees of Shawnee State Univ., No. 1:18-cv-753, 2019 WL 2052110, *12 (S.D. Ohio May 9, 2010) (in suit by professor challenging colleges antidiscrimination policy, intervention granted to transgender student and LBTG student advocacy group because they intended to assert arguments based on the Equal Protection Clause, Title IX and the ADA that the college was required to treat transgender students in accordance with their gender identity, an argument the college had not made in its motion to dismiss and was unlikely to make, thus overcoming the |

presumption of adequacy of representation). Here, the PIs seek to raise a defense that the relief sought by the complaint would constitute impermissible discrimination against them in violation of Title IX and the Equal Protection Clause. Based on the defendants written submissions and the comments of defense counsel during the recent telephone conference, none of the defendants adequately represents the interests of the PIs in defending the action on this basis. CIAC intends to defend on the ground that it is not subject to suit under Title IX, that state law controls, and that the definition of sex in Title IX is ambiguous. Bloomfield and Cromwell intend to defend on the ground that they owe no Title IX obligations to students, like the plaintiffs, who do not attend their schools. The remaining defendants, Danbury, Glastonbury and Canton, have disclaimed any interest in advocating for the rights of students, like the PIs, who do not attend their schools. Bloomfield and Cromwell may argue that the relief sought would violate Title IX but they will not argue that it would violate the Equal Protection Clause. Nor will any of the other defendants. Accordingly, I find that the interests of the PIs are not so similar to those of the existing defendants that adequate representation of their interests is assured. See id.; cf. Christa McAuliffe Intermediate School PTO v. de Blasio, No. 18 Civ. 11657(ER), 2020 WL 1432213, *5 (S.D.N.Y. March 24, 2020) (in action by Asian-American groups challenging changes to program governing admission to Citys selective high schools, intervention as of right granted to students seeking to defend changes based on the programs history of discrimination, a defense the existing defendants would not make). Permissive intervention is proper in any event because the PIs have a strong personal interest in the subject matter of the case and they are in a position to make a valuable contribution to the Courts understanding of the case. See New York v. U.S. Dept. of Health and Human Services, 2019 WL 3531960, *4 (S.D.N.Y. Aug. 2, 2019) (in action by states challenging HHS rule allowing medical personnel to abstain from providing services due to religious beliefs, motion for intervention as of right by medical personnel seeking to defend the rule denied but permissive intervention granted); United States v. New York City Housing Authority, 326 F.R.D. 411, 417-18 (S.D.N.Y. 2018) (in action against to redress health and safety violations by Housing Authority, motion to intervene as of right by tenant organizations denied but permissive intervention granted). Moreover, they have expressed a willingness to accept conditions on their participation that will avoid unduly burdening the existing parties or the Court. Accordingly, the motion is hereby granted. So ordered. Signed by Judge Robert N. Chatigny on 4/22/2020. (Gazzola, Mario) (Entered: 04/22/2020)

| 04/22/2020 | 93 | ORDER [CORRECTED TEXT ORDER 92] Granting (36) Motion to Intervene, finding as moot (87) Motion For Order. The only seriously contested issue with regard to the proposed intervenors' (PIs) motion to intervene as of right under Fed. R. Civ. P. 24(a) is whether they have overcome the presumption that their interests are adequately represented by the existing defendants. I conclude that the presumption has been overcome. Inadequacy of representation may be established when a would-be defendant seeks to raise a defense that will not be raised otherwise. See Meriwether v. Trustees of Shawnee State Univ., No. 1:18-cv-753, 2019 WL 2052110, *12 (S.D. Ohio May 9, 2010)(in suit by professor challenging college's antidiscrimination policy, intervention granted to transgender student and LGBT student advocacy group because they intended to assert arguments based on the Equal Protection Clause, Title IX and the ADA that the college was required to treat transgender students in accordance with their gender identity, an argument the college had not made in its motion to dismiss and was unlikely to make, thus overcoming the presumption of adequacy of representation). Here, the PIs seek to raise a defense that granting the relief sought by the complaint would constitute impermissible discrimination against them in violation of Title IX and the Equal Protection Clause, Title IX and the Equal Protection Clause. Based on the defendants' written submissions and the comments of defense counsel during the recent telephone |

conference, none of the defendants adequately represents the interests of the PIs in defending the action on this basis. CIAC intends to defend on the ground that it is not subject to suit under Title IX, state law controls, and the term "sex" in Title IX is ambiguous. Bloomfield and Cromwell intend to defend on the ground that they owe no Title IX obligations to students, like the plaintiffs, who do not attend their schools. The remaining defendants, Danbury, Glastonbury and Canton, have disclaimed any interest in advocating for the rights of students, like the PIs, who do not attend their schools. Bloomfield and Cromwell may argue that granting the relief sought would violate Title IX but they will not argue that it would violate the Equal Protection Clause. Nor will any of the other defendants. Accordingly, I find that the interests of the PIs are not so similar to those of the existing defendants that adequate representation of their interests is assured. See id.; cf. Christa McAuliffe Intermediate School PTO v. de Blasio, No. 18 Civ. 11657(ER), 2020 WL 1432213, *5 (S.D.N.Y. March 24, 2020)(in action by Asian-American groups challenging changes to program governing admission to City's selective high schools, intervention as of right granted to students seeking to defend changes based on the program's history of discrimination, a defense the existing defendants would not make). Permissive intervention is proper in any event because the PIs have a strong personal interest in the subject matter of the case and they are in a position to make a valuable contribution to the Court's understanding of the case. See New York v. U.S. Dept. of Health and Human Services, 2019 WL 3531960, *4 (S.D.N.Y. Aug. 2, 2019)(in action by states challenging HHS rule allowing medical personnel to abstain from providing services that conflicted with their beliefs, motion for intervention as of right by medical personnel seeking to defend the rule denied but permissive intervention granted); United States v. New York City Housing Authority, 326 F.R.D. 411, 417-18 (S.D.N.Y. 2018)(in action to redress health and safety violations by Housing Authority, motion to intervene as of right by tenant organizations denied but permissive intervention granted). Moreover, the PIs have expressed a willingness to accept conditions on their participation that will avoid unduly burdening the existing parties or the Court. Accordingly, the motion is hereby granted. So ordered.

Signed by Judge Robert N. Chatigny on 4/22/80.(Chatigny, Robert) (Entered: 04/22/2020)

| 04/22/2020 | 94 | TRANSCRIPT of Proceedings: Telephone Conference held on 04.16.20 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/13/2020. Redacted Transcript Deadline set for 5/23/2020. Release of Transcript Restriction set for 7/21/2020. (Warner, D.) (Entered: 04/22/2020) |
| 04/22/2020 | 95 | ORDER granting 43 Motion to Intervene with regard to alternative request for permissive intervention. Fed.R.Civ.P. 24(b) provides that a state agency may be permitted to intervene when a party's claim or defense is based on a statute or executive order administered by the agency. See generally Wright & Miller, 7C Fed. Prac. & Proc. Civ. § 1912 (2020 Update). That is the situation here: in defending against the plaintiffs' claims, at least some of the defendants (if not all) can be expected to rely on the antidiscrimination provisions in Conn. Gen. Stat. § 10-15c(a) and Conn. |

| | | |
|---|---|---|
| | | Exec. Order 56 (Feb. 23, 2017), which are enforced by CHRO. CHRO has a particular interest in intervening in this case because the plaintiffs are expected to argue that Title IX renders § 10-15c(a) and Exec. Order 56 invalid and unenforceable. See ECF No. 60 at 5-6 (citing U.S. Const. art. VI, cl. 2). As the state agency charged with enforcing the statute and Executive Order, CHRO has a strong interest in obtaining a judicial determination that neither measure is preempted by Title IX, and it is also uniquely situated to assist the Court in resolving the issue. During the recent telephone conference, CHRO's counsel explained that the agency seeks intervenor status rather than amicus status because of its experience in other cases when its participation was limited to that of an amicus. I credit the statements of CHRO's counsel that as an intervenor-defendant, CHRO will be better able to contribute to development of the issues. There is no basis for a finding that intervention by CHRO will unduly delay or prejudice adjudication of the plaintiffs' rights. Permissive intervention by CHRO is therefore appropriate in this instance. Whether the agency is entitled to intervene as of right need not be decided and I express no opinion on that matter. Accordingly, the motion to intervene is hereby granted with regard to the alternative request for permissive intervention. So ordered. Signed by Judge Robert N. Chatigny on 4/22/20. (Chatigny, Robert) (Entered: 04/22/2020) |
| 04/24/2020 | 96 | NOTICE by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule *(Preliminary Statement of Relief Sought)* (Brooks, Roger) (Entered: 04/24/2020) |
| 04/24/2020 | 97 | Joint NOTICE by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood *Request for Pre-Filing Conference* (Zelman, Johanna) (Entered: 04/24/2020) |
| 04/27/2020 | 98 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Pre-Filing Conference set for 5/4/2020 at 2:00 PM before Judge Robert N. Chatigny. Please use the following call in information. Call in-866-434-5269, Access Code- 8189198#. (Rickevicius, L.) (Entered: 04/27/2020) |
| 05/01/2020 | 99 | Second MOTION for Extension of Time until June 4, 2020 to File Rule 12 Motions by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Zelman, Johanna) (Entered: 05/01/2020) |
| 05/04/2020 | 100 | NOTICE of Appearance by Joshua E Gardner on behalf of U.S. Department of Education, Betsy DeVos, U.S. Department of Education Office for Civil Rights (Gardner, Joshua) (Entered: 05/04/2020) |
| 05/04/2020 | 101 | Minute Entry for proceedings held before Judge Robert N. Chatigny: Telephonic Pre-Filing Conference held on 5/4/2020. 11 minutes(Court Reporter Darlene Warner.) (Bozek, M.) (Entered: 05/05/2020) |
| 05/08/2020 | 102 | CERTIFICATE OF GOOD STANDING re 35 MOTION for Attorney(s) Chase Strangio, Joshua Block, James Esseks, Lindsey Kaley, and Galen Sherwin to be Admitted Pro Hac Vice (paid $375 PHV fee; receipt number ACTDC-5707968) by Thania Edwards, Andraya Yearwood. (Strangio, Chase) (Entered: 05/08/2020) |
| 05/08/2020 | 103 | MOTION to Transfer/Disqualify/Recuse Judge by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Attachments: # 1 Memorandum in Support of Plaintiffs' |

| | | Motion to Disqualify, # 2 Exhibit A)(Brooks, Roger) (Entered: 05/08/2020) |
|---|---|---|
| 05/08/2020 | 104 | Joint STATUS REPORT by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 05/08/2020) |
| 05/11/2020 | 105 | CANCELLATION NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference set for 5/14/2020 at 10:00 AM before Judge Robert N. Chatigny is cancelled. (Rickevicius, L.) (Entered: 05/11/2020) |
| 05/11/2020 | 106 | Memorandum in Opposition re 91 Joint MOTION for Joinder *of U.S. Department of Education* filed by Betsy DeVos, U.S. Department of Education, U.S. Department of Education Office for Civil Rights. (Attachments: # 1 Affidavit of Randolph Wills) (Gardner, Joshua) (Entered: 05/11/2020) |
| 05/19/2020 | 107 | Consent MOTION for Extension of Time until June 8, 2020 to Respond to U.S. Department of Education's Opposition to Defendants' Motion to Join the Department of Education As A Party To This Action 106 Memorandum in Opposition to Motion, by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education. (Murphy, Peter) (Entered: 05/19/2020) |
| 05/20/2020 | 108 | ORDER granting 107 Consent Motion for Extension of Time to 6/8/2020 to Respond to U.S. Department of Education's Opposition to Defendants' Motion to Join the Department of Education As A Party To This Action 106 Memorandum in Opposition to Motion. Signed by Judge Robert N. Chatigny on 5/20/2020. (Rickevicius, L.) (Entered: 05/20/2020) |
| 05/20/2020 | 109 | Consent MOTION for Extension of Time until June 5, 2020 to Respond to Plaintiffs' First Requests for Production of Documents by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education. (Murphy, Peter) (Entered: 05/20/2020) |
| 05/21/2020 | 110 | ORDER granting 109 Consent Motion for Extension of Time to 6/5/2020 to Respond to Plaintiffs' First Requests for Production of Documents. Signed by Judge Robert N. Chatigny on 5/21/2020. (Rickevicius, L.) (Entered: 05/21/2020) |
| 05/27/2020 | 111 | MOTION for Attorney(s) Mohammad B. Shihabi to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5880231) by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Zelman, Johanna) (Entered: 05/27/2020) |
| 05/29/2020 | 112 | CERTIFICATE OF GOOD STANDING re 35 MOTION for Attorney(s) Chase Strangio, Joshua Block, James Esseks, Lindsey Kaley, and Galen Sherwin to be Admitted Pro Hac Vice (paid $375 PHV fee; receipt number ACTDC-5707968) by Thania Edwards, Andraya Yearwood. (Block, Joshua) (Entered: 05/29/2020) |
| 05/29/2020 | 113 | Memorandum in Opposition re 103 MOTION to Transfer/Disqualify/Recuse Judge filed by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Strangio, Chase) (Entered: 05/29/2020) |

| 06/03/2020 | [114](#) | MOTION for Attorney(s) Mohammad B. Shihabi to be Admitted Pro Hac Vice by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Zelman, Johanna) (Entered: 06/03/2020) |
|---|---|---|
| 06/04/2020 | 115 | ORDER granting [114](#) Motion to Appear for Attorney Mohammad B. Shihabi to be Admitted Pro Hac Vice. Certificate of Good Standing due by 8/3/2020. Signed by Clerk on 6/4/2020. (Agati, Kathryn) (Entered: 06/04/2020) |
| 06/04/2020 | 116 | ORDER finding as moot [111](#) Motion to Appear for Attorney Mohammad B. Shihabi to be Admitted Pro Hac Vice. Signed by Clerk on 6/4/2020. (Agati, Kathryn) (Entered: 06/04/2020) |
| 06/08/2020 | [117](#) | REPLY to Response to [91](#) Joint MOTION for Joinder *of U.S. Department of Education* filed by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education. (Attachments: # [1](#) Exhibit A)(Murphy, Peter) (Entered: 06/08/2020) |
| 06/12/2020 | [118](#) | NOTICE of Appearance by Mohammad Shihabi on behalf of Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education (Shihabi, Mohammad) (Entered: 06/12/2020) |
| 06/12/2020 | [119](#) | REPLY to Response to [103](#) MOTION to Transfer/Disqualify/Recuse Judge filed by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Attachments: # [1](#) Exhibit A)(Brooks, Roger) (Entered: 06/12/2020) |
| 06/15/2020 | [120](#) | NOTICE of Appearance by Tyler Bischoff on behalf of Connecticut Association of Schools, Inc., Danbury Public Schools Board of Education (Bischoff, Tyler) (Entered: 06/15/2020) |
| 06/16/2020 | 121 | ORDER denying [103](#) Motion to Transfer/Disqualify/Recuse Judge. Plaintiffs have moved for my recusal pursuant to 28 U.S.C. s 455(a) because during a telephone conference I informed plaintiffs' counsel that I wanted them to refrain from continuing to refer to the transgender females involved in this case as "males." In calling on plaintiffs' counsel to accept that limitation going forward, I explained that for plaintiffs' counsel to continue to call these transgender youth "males" would be needlessly provocative, and inconsistent with norms of civility in judicial proceedings, which I want to be careful to maintain. As I further explained, for plaintiffs' counsel to refer to these young people as "transgender females" in accordance with their gender identity would entail no concession whatsoever relating to the merits of the case; plaintiffs' counsel would still be able to refer to them as "biologically male" with "male bodies." They just couldn't refer to them as "males, period." Plaintiffs assert that as a result of my statement the public might reasonably believe that I am partial or biased. Plaintiffs have clarified that what troubles them in particular is my statement that for plaintiffs' counsel to refer to the transgender students involved in this case as "transgender females" rather than "males" would be consistent with "science." Plaintiffs argue that "the public might reasonably conclude that the Court has bias in [this] case where [plaintiffs'] arguments, claims, and expert testimony are based on the assertion that athletes born male remain male as a matter of scientific fact no matter their gender identity, and that as a result those athletes have 'an unfair competitive advantage to competition' in women's and girls' sports." ECF No. 199, at 3-4. I do not agree that the public might reasonably construe my reference to "science" as a comment on the merits of the issue whether transgender athletes have an unfair competitive advantage in girls' sports. In the telephone conference, I stated that referring to the transgender youth involved in this case as "transgender females" would be consistent with "science, common practice, and perhaps human decency." That statement does not |

reflect a preconceived conclusion on the issue of unfair competitive advantage presented by this case. In fact, and as I think objective members of the public would readily understand, the "science" I referred to is not the science relating to the issue of unfair competitive advantage but the science that tells us calling transgender girls "males" can cause significant mental and emotional distress. The insight provided by this science has led to a "common practice" of referring to transgender persons by their gender identity, which is viewed by many as a matter of "human decency." Thus, as I said, referring to these transgender youth as "transgender females" would be consistent with "science, common practice, and perhaps human decency." By referring to science in this way, in this context, and for this purpose, I did not state or imply anything about whether the transgender youth in this case do or do not enjoy an unfair competitive advantage when they compete in girls' track. To the extent plaintiffs' counsel argue that they must be able to refer to the transgender girls in this case as "males, period" in order to fulfill their responsibilities as zealous advocates, and that they have an absolute Constitutional right to do so, the argument is unpersuasive. The issue of unfair competitive advantage can be fully and fairly litigated consistent with professional ethics and constitutional protections without referring to the transgender females involved in this case as "males, period." I think objective members of the public would agree. I also think objective members of the public would understand that just because I want plaintiffs' counsel to avoid needlessly calling the transgender females in this case "males, period" does not mean I am partial or biased with regard to any issue in the case. Accordingly, the motion is hereby denied. Signed by Judge Robert N. Chatigny on 6/16/20. (Chatigny, Robert) (Entered: 06/16/2020)

| 06/25/2020 | 122 | ENTERED IN ERROR - Joint NOTICE by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education *to Reconvene Pre-Filing Conference* (Zelman, Johanna) Modified on 6/29/2020 to enter in error as letters cannot be efiled (Agati, Kathryn). (Entered: 06/25/2020) |
|---|---|---|
| 06/25/2020 | 123 | ENTERED IN ERROR - NOTICE by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule re 122 Notice (Other) *Response to Request to Reconvene Pre-filing Conference* (Brooks, Roger) Modified on 6/29/2020 to enter in error as letters cannot be efiled (Agati, Kathryn). (Entered: 06/25/2020) |
| 06/30/2020 | 124 | Joint MOTION to Reconvene May 4, 2020 Pre-Filing Conference re 101 Pre-Filing Conference by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education.Responses due by 7/21/2020 (Zelman, Johanna) (Entered: 06/30/2020) |
| 07/01/2020 | 125 | NOTICE of Appearance by Elana Spungen Bildner on behalf of Thania Edwards, Andraya Yearwood (Bildner, Elana) (Entered: 07/01/2020) |
| 07/01/2020 | 126 | MOTION for Extension of Time until August 1, 2020 to file certificates of good standing 86 Order on Motion for Extension of Time by Thania Edwards, Andraya Yearwood. (Barrett, Dan) (Entered: 07/01/2020) |
| 07/02/2020 | 127 | ORDER granting 126 Motion for Extension of Time to 8/1/2020 to file certificates of good standing. Signed by Judge Robert N. Chatigny on 7/2/2020. (Rickevicius, L.) (Entered: 07/02/2020) |
| 07/02/2020 | 128 | MOTION for Attorney(s) Parker Douglas to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5951356) by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Attachments: # 1 Affidavit of Parker Douglas, # 2 Text of Proposed Order)(Howard, James) (Entered: 07/02/2020) |
| 07/07/2020 | 129 | ORDER granting 128 Motion to Appear for Attorney Parker Douglas to be Admitted Pro Hac Vice. Certificate of Good Standing due by 9/5/2020. Signed by Clerk on |

| | | |
|---|---|---|
| | | 7/7/2020. (Agati, Kathryn) (Entered: 07/07/2020) |
| 07/07/2020 | 130 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference set for 7/17/2020 at 11:00 AM before Judge Robert N. Chatigny. Please use the following dial in information for the call. Dial in 866-434-5269, Access Code 8189198# (Rickevicius, L.) (Entered: 07/07/2020) |
| 07/07/2020 | 131 | ORDER finding as moot 124 Motion to reconvene in light of ECF No. 130. Signed by Judge Robert N. Chatigny on 7/7/2020. (Gazzola, Mario) (Entered: 07/07/2020) |
| 07/08/2020 | 132 | CERTIFICATE OF GOOD STANDING re 126 MOTION for Extension of Time until August 1, 2020 to file certificates of good standing 86 Order on Motion for Extension of Time by Thania Edwards, Andraya Yearwood. (Sherwin, Galen) (Entered: 07/08/2020) |
| 07/13/2020 | 133 | NOTICE of Appearance by Tw Parker Douglas on behalf of Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule (Douglas, Tw Parker) (Entered: 07/13/2020) |
| 07/13/2020 | 134 | CERTIFICATE OF GOOD STANDING re 128 MOTION for Attorney(s) Parker Douglas to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5951356) by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Douglas, Tw Parker) (Entered: 07/13/2020) |
| 07/15/2020 | 135 | ORDER granting 99 Motion for Extension of Time. Rule 12 motions may be filed without a prefiling conference on or before August 21, 2020. The prefiling conference scheduled for July 17 is cancelled, and the prefiling conference requirement is waived. The Rule 12 motions should be addressed to the amended complaint and may challenge the amended complaint on any basis that the movant wishes to present, including the argument that the amended complaint is procedurally improper. The briefing schedule provided by the Local Rules will govern. So ordered. Signed by Judge Robert N. Chatigny on 7/15/20. (Chatigny, Robert) (Entered: 07/15/2020) |
| 07/15/2020 | | Set Deadlines: Dispositive Motions due by 8/21/2020. (Rickevicius, L.) (Entered: 07/15/2020) |
| 07/15/2020 | 136 | CANCELLATION NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference set for 7/17/2020 at 11:00 AM before Judge Robert N. Chatigny is CANCELLED. (Rickevicius, L.) (Entered: 07/15/2020) |
| 07/22/2020 | 137 | MOTION for Separate Statement of Claims by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education.Responses due by 8/12/2020 (Murphy, Peter) (Entered: 07/22/2020) |
| 08/07/2020 | 138 | Consent MOTION to Amend/Correct 89 Amended Complaint, by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule.Responses due by 8/28/2020 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brooks, Roger) (Entered: 08/07/2020) |
| 08/10/2020 | 139 | ORDER granting 138 Consent Motion to Amend/Correct. The amended complaint must be e-filed no later than 8/12/2020. So ordered. Signed by Judge Robert N. Chatigny on 8/10/2020. (Rickevicius, L.) (Entered: 08/10/2020) |
| 08/10/2020 | | Set Deadlines: Amended Pleadings due by 8/12/2020. (Rickevicius, L.) (Entered: 08/10/2020) |
| 08/10/2020 | 140 | ORDER denying as moot 137 Motion for Separate Statement of Claims in light of |

| | | |
|---|---|---|
| | | ECF No. 139. So ordered. Signed by Judge Robert N. Chatigny on 8/10/2020. (Rickevicius, L.) (Entered: 08/10/2020) |
| 08/11/2020 | 141 | AMENDED COMPLAINT *(Second)* against Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Glastonbury Public Schools Board of Education, filed by Chelsea Mitchell, Selina Soule, Alanna Smith, Ashley Nicoletti.(Brooks, Roger) (Entered: 08/11/2020) |
| 08/13/2020 | 142 | MOTION for Leave to File Excess Pages by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Bildner, Elana) (Entered: 08/13/2020) |
| 08/13/2020 | 143 | ORDER granting 142 Motion for Leave to File Excess Pages. Signed by Judge Robert N. Chatigny on 8/13/2020. (Rickevicius, L.) (Entered: 08/13/2020) |
| 08/17/2020 | 144 | Joint MOTION to Stay *Discovery Pending Outcome of Writ of Mandamus* by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education.Responses due by 9/7/2020 (Zelman, Johanna) (Entered: 08/17/2020) |
| 08/21/2020 | 145 | MOTION to Dismiss *Second Amended Complaint* by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood.Responses due by 9/11/2020 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Bildner, Elana) (Entered: 08/21/2020) |
| 08/25/2020 | 146 | ORDER granting 144 Motion to Stay. Signed by Judge Robert N. Chatigny on 825/20. (Chatigny, Robert) (Entered: 08/25/2020) |
| 08/25/2020 | 147 | MOTION for Extension of Time until August 25, 2020 *for* filing certificate of good standing 127 Order on Motion for Extension of Time by Thania Edwards, Andraya Yearwood. (Attachments: # 1 Appendix certificate of good standing)(Barrett, Dan) (Entered: 08/25/2020) |
| 08/25/2020 | 148 | ORDER granting 147 Motion for Extension of Time. Signed by Judge Robert N. Chatigny on 8/25/2020. (Rickevicius, L.) (Entered: 08/25/2020) |
| 08/26/2020 | 149 | MOTION for Extension of Time until September 9, 2020 file Certificate of Good Standing by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Shihabi, Mohammad) (Entered: 08/26/2020) |
| 08/27/2020 | 150 | ORDER granting 149 Motion for Extension of Time to 9/9/2020 to File Certificate of Good Standing. Signed by Judge Robert N. Chatigny on 8/27/2020. (Rickevicius, L.) (Entered: 08/27/2020) |
| 09/01/2020 | 151 | CERTIFICATE OF GOOD STANDING re 114 MOTION for Attorney(s) Mohammad B. Shihabi to be Admitted Pro Hac Vice by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Shihabi, Mohammad) (Entered: 09/01/2020) |
| 09/09/2020 | 152 | MOTION for Leave to File Excess Pages by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 09/09/2020) |

| 09/10/2020 | 153 | ORDER granting 152 Motion for Leave to File Excess Pages. Signed by Judge Robert N. Chatigny on 9/10/2020. (Rickevicius, L.) (Entered: 09/10/2020) |
| 09/11/2020 | 154 | Memorandum in Opposition re 145 MOTION to Dismiss *Second Amended Complaint* filed by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Brooks, Roger) (Entered: 09/11/2020) |
| 09/18/2020 | 155 | MOTION for Leave to File Excess Pages *on Reply* by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Bildner, Elana) (Entered: 09/18/2020) |
| 09/19/2020 | 156 | ORDER granting 155 Motion for Leave to File Excess Pages. Signed by Judge Robert N. Chatigny on 9/19/20. (Chatigny, Robert) (Entered: 09/19/2020) |
| 09/25/2020 | 157 | REPLY to Response to 145 MOTION to Dismiss *Second Amended Complaint* filed by Bloomfield Public Schools Board of Education, Canton Public Schools Board of Education, Commission on Human Rights and Opportunities, Connecticut Association of Schools, Inc., Cromwell Public Schools Board of Education, Danbury Public Schools Board of Education, Thania Edwards, Glastonbury Public Schools Board of Education, Andraya Yearwood. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Bildner, Elana) (Entered: 09/25/2020) |
| 09/29/2020 | 158 | MOTION for Leave to File *Supplemental Memorandum in Support of Motion to Join the U.S. Department of Education as Party* by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Zelman, Johanna) (Entered: 09/29/2020) |
| 09/30/2020 | 159 | ORDER granting 158 Motion for Leave to File. Signed by Judge Robert N. Chatigny on 9/30/2020. (Rickevicius, L.) (Entered: 09/30/2020) |
| 09/30/2020 | 160 | Supplemental Memorandum in Support re 91 Joint MOTION for Joinder *of U.S. Department of Education* filed by Bloomfield Public Schools Board of Education, Cromwell Public Schools Board of Education. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Zelman, Johanna) (Entered: 09/30/2020) |
| 11/04/2020 | 161 | MOTION for Jeff Shafer and Parker Douglas to Withdraw as Attorney by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 11/04/2020) |
| 11/05/2020 | 162 | ORDER granting 161 Motion to Withdraw as Attorney. Attorney Joshua E Gardner; Christiana M. Holcomb; James H. Howard; Lindsey Kaley; David S. Monastersky; Peter Joseph Murphy; Michael Roberts; Jeff Shafer; Tw Parker Douglas and James D. Esseks terminated. Signed by Judge Robert N. Chatigny on 11/5/2020. (Rickevicius, L.) (Entered: 11/05/2020) |
| 11/20/2020 | 163 | CORRECTED ORDER: Due to a technical error, the following counsel were terminated in error on 11/5/2020: Attorney Joshua E Gardner; Christiana M. Holcomb; James H. Howard; Lindsey Kaley; David S. Monastersky; Peter Joseph Murphy; Michael Roberts and James D. Esseks. Counsel Jeff Shafer; Tw Parker Douglas are correctly terminated. All other counsel, specifically Attorney Joshua E Gardner; Christiana M. Holcomb; James H. Howard; Lindsey Kaley; David S. Monastersky; |

| | | Peter Joseph Murphy; Michael Roberts and James D. Esseks are reinstated. So ordered Signed by Judge Robert N. Chatigny on 11/20/2020. (Rickevicius, L.) (Entered: 11/20/2020) |
|---|---|---|
| 11/25/2020 | [164](#) | MANDATE of USCA dated 11/25/2020 Denying Petition for a Writ of Mandamus. (Bozek, M.) (Entered: 11/30/2020) |
| 12/17/2020 | [165](#) | Joint MOTION for Status Conference by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. (Brooks, Roger) (Entered: 12/17/2020) |
| 12/23/2020 | 166 | ORDER granting [165](#) Motion for Conference. Signed by Judge Robert N. Chatigny on 12/23/2020. (Rickevicius, L.) (Entered: 12/23/2020) |
| 12/23/2020 | 167 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Conference set for 1/5/2021 at 10:00 AM before Judge Robert N. Chatigny. Please use the following dial in information for the call. Dial in 866-434-5269, Access Code 8189198#. (Rickevicius, L.) (Entered: 12/23/2020) |
| 01/05/2021 | [169](#) | Minute Entry for proceedings held before Judge Robert N. Chatigny: Telephone Status Conference held on 1/5/2021. 27 minutes (Court Reporter Darlene Warner.) (Bozek, M.) (Entered: 01/15/2021) |
| 01/12/2021 | 168 | NOTICE of Hearing on Motion re: [145](#) MOTION to Dismiss *Second Amended Complaint*. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral Argument set for 2/26/2021 at 10:00 AM via Zoom before Judge Robert N. Chatigny.<br>Signed by Judge Robert N. Chatigny on 1/12/2021.(Bozek, M.) (Entered: 01/12/2021) |
| 01/12/2021 | | NOTICE regarding hearing via Zoom: The oral argument re [145](#) motion to dismiss scheduled for 2/26/2021 at 10:00 AM will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1615952448?pwd=S0UyV2EyQmZHYWs4S2dsK2JtUEwxUT09 and call in numbers are 1-669-254-5252 US (San Jose) or 1-646-828-7666 US (New York).<br><br>Meeting ID: 161 595 2448<br><br>Meeting Password: 018927<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Bozek, M.) (Entered: 01/12/2021) |
| 02/23/2021 | [170](#) | NOTICE of Appearance by Amanda Dallo on behalf of United States (Dallo, Amanda) (Entered: 02/23/2021) |
| 02/23/2021 | [171](#) | NOTICE by United States *of Withdrawal of Statement of Interest* (Dallo, Amanda) (Entered: 02/23/2021) |
| 02/23/2021 | [172](#) | NOTICE by Betsy DeVos, U.S. Department of Education, U.S. Department of Education Office for Civil Rights re [106](#) Memorandum in Opposition to Motion, (Attachments: # [1](#) Exhibit)(Gardner, Joshua) (Entered: 02/23/2021) |
| 02/26/2021 | [173](#) | Minute Entry for proceedings held before Judge Robert N. Chatigny: Motion Hearing |

| | | |
|---|---|---|
| | | held on 2/26/2021 re [145](#) MOTION to Dismiss *Second Amended Complaint* filed by Bloomfield Public Schools Board of Education, Connecticut Association of Schools, Inc., Thania Edwards, Andraya Yearwood, Canton Public Schools Board of Education, Cromwell Public Schools Board of Education, Glastonbury Public Schools Board of Education, Commission on Human Rights and Opportunities, Danbury Public Schools Board of Education. Total Time: 2 hours and 14 minutes (Court Reporter Darlene Warner.) (Bozek, M.) (Entered: 03/04/2021) |
| 03/25/2021 | [174](#) | TRANSCRIPT of Proceedings: Oral Argument held on 02.26.21 before Judge Robert N. Chatigny. Court Reporter: Darlene A. Warner. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/15/2021. Redacted Transcript Deadline set for 4/25/2021. Release of Transcript Restriction set for 6/23/2021. (Warner, D.) (Entered: 03/25/2021) |
| 03/30/2021 | 175 | ORDER finding as moot [15](#) Motion to Expedite. Signed by Judge Robert N. Chatigny on 3/30/2021. (Chatigny, Robert) (Entered: 03/30/2021) |
| 03/30/2021 | 176 | ORDER finding as moot [12](#) Motion for Preliminary Injunction. Signed by Judge Robert N. Chatigny on 3/30/2021. (Chatigny, Robert) (Entered: 03/30/2021) |
| 03/30/2021 | 177 | ORDER denying [91](#) Motion for Joinder. The motion is denied, with the concurrence of the parties, in light of the case developments discussed in ECF No. 172, which have made the requested joinder unnecessary at this time. So ordered. Signed by Judge Robert N. Chatigny on 3/30/2021. (Chatigny, Robert) (Entered: 03/30/2021) |
| 04/25/2021 | [178](#) | ORDER granting [145](#) Motion to Dismiss. See attached ruling and order for details. Signed by Judge Robert N. Chatigny on 4/25/2021. (Price, N.) (Entered: 04/25/2021) |
| 04/26/2021 | [179](#) | JUDGMENT entered in favor of the defendants dismissing the action.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Clerk on 4/26/2021.(Bozek, M.) (Entered: 04/26/2021) |
| 04/26/2021 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Bozek, M.) (Entered: 04/26/2021) |
| 05/26/2021 | [180](#) | NOTICE OF APPEAL as to [178](#) Order on Motion to Dismiss, [179](#) Judgment by Chelsea Mitchell, Ashley Nicoletti, Alanna Smith, Selina Soule. Filing fee $ 505, |

receipt number ACTDC-6522475. (Brooks, Roger) (Entered: 05/26/2021)