# United States District Court
# District of Connecticut

**Selina Soule et al.**,
*Plaintiffs*

*v.*

**Connecticut Ass'n of Schools, et al.**,
*Defendants*

and

**Andraya Yearwood** and
**Thania Edwards** on behalf of her
daughter, **T.M.**,
*Proposed Intervenors*

No. 20-cv-201

January 18, 2024

## Motion for Admission *Pro Hac Vice*

Pursuant to D. Conn. Local R. 83.1(d), I ask that the Court admit Ria Tobacco Mar to practice before it *pro hac vice*, and I have attached her declaration for the Court's consideration.

    /s/ Elana Bildner
Elana Bildner (# ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
(860) 471-8475
ebildner@acluct.org