IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | ) |
|       Plaintiffs, | ) |
| v. | ) No. 3:20-cv-00201 |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) **NOTICE OF APPEARANCE OF RIA TABACCO MAR** |
|       Defendants, | ) January 30, 2024 |
| ANDRAYA YEARWOOD and THANIA EDWARDS on behalf of her daughter, T.M., | ) |
|       Intervenors. | ) |

**NOTICE OF APPEARANCE OF RIA TABACCO MAR**

I have been authorized to practice *pro hac vice* in the above-captioned case for Intervenors, Andraya Yearwood and Thania Edwards, on behalf of her daughter, T.M. [ECF 185.]

                                                       */s/ Ria Tabacco Mar*
                                                       Ria Tabacco Mar
                                                       American Civil Liberties Union
                                                       125 Broad Street, 18th Floor
                                                       New York, NY 10004
                                                       212-549-2500
                                                       rmar@aclu.org