IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; *et al.*,<br><br>*Defendants*. | Case No.: 3:20-CV-00201-RNC<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>March 1, 2024 |

  Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti respectfully move this Court for leave to file their Third Amended Complaint, submitted herewith. In keeping with Local Rule 7(f), Exhibit A to this filing is a red-lined version of the proposed amended pleading, and Exhibit B is a clean version. Counsel for Defendants and Intervenors do not oppose this motion.

  Since this case began roughly four years ago, much has changed. Parties have graduated. The Second Circuit has spoken. Biological males have taken more and more athletic opportunities from girls. The science has become even clearer. These new circumstances bolster the Plaintiff Athletes' arguments. They therefore seek leave to amend to address these new circumstances and to ensure they can fully pursue their claims on the clearest, most up-to-date allegations possible. The Plaintiff Athletes do this in good faith, and their amendment will prejudice no one since it occurs well before the close of discovery.

Respectfully submitted this 1st day of March, 2024.


*s/ Roger G. Brooks*
Roger Greenwood Brooks*
CT Fed. Bar No. PHV10498
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Fax: (480) 444-0028
Email: rbrooks@adflegal.org


Christiana M. Kiefer*
CT Fed. Bar No. PHV10493
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Fax: (202) 393-8690
Email: ckiefer@adflegal.org


Susan Patton Fox
CT Bar number 306599,
CT Fed. Bar No. 20937
SUSAN PATTON FOX LAW OFFICES
PO Box 3483
Tequesta, FL 33469
Telephone: (860) 304-9979
Email: susanfoxlaw@aol.com

*Counsel for Plaintiffs Selina Soule,
Chelsea Mitchell, Alanna Smith,
and Ashley Nicoletti*