UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, ET AL | : | NO.:  3:20-CV-00201 (RNC) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT ASSOCIATION OF SCHOOLS dba CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE, ET AL | : : : : | MARCH 26, 2024 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Attorney David S. Monastersky moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Glastonbury Board of Education and Canton Board of Education, in the above-captioned matter.

Attorney Johanna G. Zelman of Ford Harrison, LLP entered an appearance on behalf of the defendants, Glastonbury Board of Education and Canton Board of Education, and should remain listed as counsel for said defendants.  [Doc. 202.]

The undersigned has notified the defendants of this motion to withdraw and the representation by Attorney Johanna Zelman.

DEFENDANTS,
GLASTONBURY PUBLIC SCHOOLS BOARD
OF EDUCATION and CANTON PUBLIC
SCHOOLS BOARD OF EDUCATION


By     */s/ David S. Monastersky*
    David S. Monastersky
    ct13319
    100 Great Meadow Road, Suite 201
    Wethersfield, CT 06109
    Hartford, CT  06114-1121
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  dmonastersky@hl-law.com

**CERTIFICATION**

      This is to certify that on March 26, 2024 a copy of the foregoing Motion for Permission to Withdraw as Attorney was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                     */s/ David S. Monastersky*
                                          David S. Monastersky