IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | No. 3:20-cv-00201-RNC |
| | ) | |
| v. | ) | |
| | ) | |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC. *et al*, | ) | April 3, 2024 |
| | ) | |
| *Defendants,* | ) | |
| | ) | |

## MOTION TO DISMISS THE THIRD AMENDED COMPLAINT BY THE CIAC AND THE BOARD DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), the Connecticut Association of Schools, Inc., d/b/a/ Connecticut Interscholastic Athletic Conference ("CIAC"), the Bloomfield Board of Education, the Canton Board of Education, the Cromwell Board of Education, Danbury Board of Education, and the Glastonbury Board of Education hereby move to dismiss Plaintiffs' Third Amended Complaint (Ecf. 201) for failure to state a claim upon which relief can be granted. In support of this motion, Defendants submit the attached Memorandum of Law addressing the *Pennhurst* issue and addressing the claims made against the Plaintiffs' home schools. Defendants further join in and adopt as if set forth herein the arguments made in Intervening Defendants' Motion to Dismiss (Ecf. 207). For all of the reasons set forth in those Memoranda of Law, the Court should dismiss the Third Amended Complaint in its entirety with prejudice and with such further and additional relief the Court deems necessary.

By: /s/ Peter J. Murphy

Peter J. Murphy (ct26825)
Linda L. Yoder (ct01599)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5950
pjmurphy@goodwin.com
*Counsel for CIAC and Danbury Board of Education*


By:  /s/ Johanna G. Zelman

Johanna G. Zelman (ct26966)
Mohammed B. Shihabi*
FordHarrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
(860) 740-1355
jzelman@fordharrison.com
*Counsel for Glastonbury, Canton, Bloomfield, and Cromwell Boards of Education*