IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CONNECTICUT ASSOCIATION OF SCHOOLS, *et al.*, <br><br> *Defendants,* <br><br> ANDRAYA YEARWOOD, *et al.*, <br><br> *Intervenor-Defendants.* | Case No.: 3:20-CV-00201-RNC <br><br> **PLAINTIFFS' OPPOSITION TO INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** <br><br> July 1, 2024 |

Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti do not oppose Intervenor-Defendants Andraya Yearwood and Terry Miller's motion for leave to file supplemental authority (ECF No. 225). But the Sixth Circuit's decision in *Tennessee v. Department of Education*, 2024 WL 2984295 (6th Cir. June 14, 2024), is irrelevant to this case.

Intervenors assert that the Sixth Circuit "reject[ed] Plaintiff's assertions that Title IX and its regulations prohibit schools from allowing girls who are transgender to participate on girls' teams." Motion at 3. But the court did no such thing. *Tennessee* involved a challenge to the Department of Education's guidance documents reinterpreting Title IX. In particular, the Department's guidance documents forbade schools from separating sports teams based on sex.

In resolving the case, the Sixth Circuit did not purport to interpret Title IX

itself or its current regulations. In fact, the court expressly disclaimed to "decid[e] any substantive merits questions." *Tennessee,* 2024 WL 2984295 at *23. All the court did was compare how the Department had previously interpreted Title IX with the new interpretation. The court concluded that the reinterpretation "adopt[ed] a new position inconsistent with … the agency's existing regulations," which made the reinterpretation "necessarily legislative." *Id.* Since legislative rules must go through notice-and-comment and the Department's guidance documents did not, the Sixth Circuit held that the reinterpretation likely exceeded the Department's authority.

The Sixth Circuit did not resolve whether Title IX's language or accompanying regulations require schools to separate athletics based on biology if failing to do so would result in discrimination against women. The line Intervenors rely heavily on—that "the regulations permit, but do not require, aid recipients to organize their athletics programs and facilities by biological sex," Motion at 2 (quoting *Tennessee*, 2024 WL 2984295, at *23)—is dicta at best. *Tennessee* has no bearing on Title IX's original meaning or current regulatory framework.

Respectfully submitted this 1st day of July, 2024.

|  |  |
|---|---|
| Susan Patton Fox<br>CT Bar No. 306599,<br>CT Fed. Bar No. 20937<br>SUSAN PATTON FOX LAW<br>OFFICES<br>PO Box 3483<br>Tequesta, FL 33469<br>T: (860) 304-9979<br>susanfoxlaw@aol.com | *s/ Cody S. Barnett*<br>Roger Greenwood Brooks*<br>CT Fed. Bar No. PHV10498<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>T: (480) 444-0020<br>F: (480) 444-0028<br>rbrooks@adflegal.org |

<table>
<tr><td>

*Counsel for Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti*

*Admitted Pro Hac Vice

</td><td>

Cody S Barnett*
CT Fed. Bar No. PHV207825
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4656
cbarnett@adflegal.org

Christiana M. Kiefer*
CT Fed. Bar No. PHV10493
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
T: (202) 393-8690
F: (202) 393-8690
ckiefer@adflegal.org

</td></tr>
</table>

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2024, a copy of the foregoing document was filed electronically with the Clerk of Court. Service on all parties will be accomplished by operation of the court's electronic filing system.

                                            /s/ *Cody S. Barnett*
                                            Cody S. Barnett
                                            *Counsel for Plaintiffs Selina Soule,*
                                            *Chelsea Mitchell, Alanna Smith,*
                                            *and Ashley Nicoletti*