# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date **August 16, 2024**

**Selina Soule, et al.**

Vs.

**Conn. Association of Schools, Inc. et al.**

Start Time **10:02 am**   End Time **12:06 pm**

Recess (if more than ½ hr) _____ to _____

Total Time __**2**__ hour(s) __**4**__ minute(s)

Case # **3:20-cv-201-RNC**

Honorable Judge **Robert N. Chatigny**

Deputy Clerk **Jeremy Shafer**

Counsel for Pla(s) **C. Barnett**

Counsel for Dft(s) **E. Smith, P. Murphy, E. Bildner, J. Block, M. Roberts**

Reporter/ECRO/Courtsmart **Alicia Cayode Kyles**

Interpreter _____ Language _____

Hearing held  ☑ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
|---|---|---|
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **to Dismiss (Dkt. 207)** _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ☐ taken under advisement

■ Motion **to Dismiss (Dkt. 208)** _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

**Oral argument held.**

Rev. 3/21/24