UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE; CHELSEA MITCHELL; ALANNA SMITH; and ASHLEY NICOLETTI,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT ASSOCIATION OF SCHOOLS, INC. d/b/a CONNECTICUT INTERSCHOLASTIC ATHLETIC CONFERENCE; BLOOMFIELD PUBLIC SCHOOLS BOARD OF EDUCATION; CROMWELL PUBLIC SCHOOLS BOARD OF EDUCATION; GLASTONBURY PUBLIC SCHOOLS BOARD OF EDUCATION; CANTON PUBLIC SCHOOLS BOARD OF EDUCATION; DANBURY PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>Defendants. | Case No.: 3:20-cv-00201-RNC<br><br><br>May 6, 2025 |

## JOINT DISCOVERY PLAN

The parties have conferred based on the Statement of Disputed Legal and Factual Issues, the Scheduling Order entered by the Court, and their prior Rule 26(f) Report and proposed the following basic outline for how discovery will proceed. As noted by the Court in the April 8, 2025 status conference, this statement is non-binding and subject to amendment by the parties. Where the parties disagree, counsel for each has provided their respective positions. For convenience, the parties have organized the outline chronologically.

**May 2025**

1. The parties and the Court will confer on **May 13, 2025,** per the discussion at the April 8, 2025 status conference.

2. As noted in that status conference, Plaintiffs have served discovery on the Defendants. The parties propose that responses come due on **June 25, 2025**, which is 45 days from the status conference.

**June 2025**

1. The parties will endeavor to serve any further initial written discovery in May / June 2025.

2. The parties anticipate responses to written discovery coming due in June and working diligently to confer as needed on those responses.

3. The parties propose that the Court establish a procedure for them to request informal telephone conferences with a magistrate judge to try to work out any discovery disputes in advance of filing a motion to compel. The parties hope this will avoid unnecessary motions practice and keep written discovery moving.

4. Plaintiffs will serve their expert reports on **June 30, 2025** per the Scheduling Order. At this time, Plaintiffs anticipate one or two experts.

**July / August 2025**

1. The parties will continue to work through written discovery. The parties will endeavor to serve follow-up discovery requests expeditiously as they receive and review the other side's documents.

2. The parties anticipate depositions of Plaintiffs' experts occurring during this time period.

3. Depending on the progress of written discovery, Plaintiffs anticipate taking 30(b)(6) depositions of the defendant school boards during this period. They may also pick out a small number of coaches / school officials to depose. At this time, they do not anticipate these being all-day depositions and would work to schedule them over a period of 2-4 days to maximize efficiency.

4. Defendants anticipate deposing all four Plaintiffs during this time, and potentially deposing some or all of their Parents.

5. Defendants will serve their expert reports by **September 30, 2025** per the Scheduling Order.

**September / October 2025**

1. The parties will continue to work through written discovery. The parties will endeavor to serve follow-up discovery requests expeditiously as they receive and review the other side's documents.

2. The parties anticipate the deposition of Defendants' expert(s) occurring during this time period.

3. Depending on the progress of written discovery, Plaintiffs anticipate taking a 30(b)(6) deposition of the CIAC and individual depositions of its current and former executive director during this period.

**November / December 2025**

1. The parties will complete any outstanding written discovery and depositions during this period per the discovery cut-off of **December 31, 2025** in the Scheduling Order.

    2. If the scheduling order is modified as Plaintiffs propose below, then the designation of any rebuttal experts will come due during this period.

**Scheduling Issues for Decision**

1. As noted above, the parties request an expedited procedure for informally bringing discovery disputes to the Magistrate Judge to try to resolve them without formal court intervention. This process would not prejudice any party's right to file a formal motion to compel but would provide an avenue for avoiding unnecessary motions practice.

2. The parties request that the Scheduling Order be modified to provide for all of Plaintiffs' affirmative experts to be disclosed by June 30, 3025; all of Defendants' affirmative / rebuttal experts to be disclosed by September 30, 2025; and any Plaintiffs' rebuttal experts to be disclosed by November 25, 2025.

Respectfully submitted this 6th day of May, 2025.

*s/Henry W. Frampton, IV*
Jonathan A. Scruggs
Roger G. Brooks
Henry W. Frampton, IV
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

Cody S. Barnett
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
cbarnett@adflegal.org

Susan Patton Fox
Susan Patton Fox Law Offices
P.O. Box 3483
Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

*Counsel for Plaintiffs Selina Soule, Chelsea Mitchell, Alanna Smith, and Ashley Nicoletti*

*s/Peter Joseph Murphy (with permission)*
Linda L. Yoder
Peter Joseph Murphy
Tyler Bischoff
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
T: 860-251-5812
lyoder@goodwin.com
pjmurphy@goodwin.com
tbischoff@goodwin.com

*Counsel for Connecticut Association of Schools, Inc.and Danbury Public Schools Board of Education*

*s/Johanna G. Zelman (with permission)*
Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Bloomfield, Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

*s/Gregory A. Jones (with permission)*
Gregory A. Jones

4

COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-541-4715
gregory.jones@ct.gov

*Counsel for Commission on Human Rights and Opportunities*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of May, 2025, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

    By: *s/ Henry W. Frampton, IV*

    Henry W. Frampton, IV
    South Carolina Bar No. 75314*
    Alliance Defending Freedom
    15100 N. 90th Street
    Scottsdale, AZ 85260
    Telephone: 480–444–0020
    hframpton@ADFlegal.org

    *Attorney for Plaintiff*
    * Admitted *Pro Hac Vice*