UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 3:20-cv-00201-SVN |
| CONNECTICUT ASSOCIATION OF SCHOOLS, INC., *et al.*, | September 2, 2025 |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR CLARIFICATION ON ORDER TO STAY**

Plaintiffs received the order of August 28, 2025 (Doc. 324) granting in part Defendants' joint motion to stay litigation (Doc. 314). Plaintiffs file this motion for clarification to ensure their comprehension of and compliance with the Court's Order. In addition, Plaintiffs would like to provide additional context on the progress of written discovery.

While written discovery is largely complete, Plaintiffs have not propounded all of the written discovery requests they had contemplated at the time the temporary stay was entered. They also anticipate that the depositions of Defendants' witnesses could reveal the need for some additional documents or requests, though they expect these to be relatively minor.

Prior to the temporary stay of discovery issuing on August 5, 2025 (Doc. 315), Plaintiffs had become aware of information that warranted serving a small number of supplemental requests for production and requests for admission, an interrogatory, and a document subpoena they believe are necessary to ensure factual clarity. These requests go to (a) the level of control the Defendants have over verification of race results at Athletic.net, (b) the equality of levels of competition between male and female athletics from a program-wide perspective, and (c) better understanding the application of Connecticut's policy. The additional written discovery Plaintiffs anticipate includes the attached requests they planned to send. Plaintiffs respectfully request

1

clarification on whether they may serve these requests now or whether they should wait until after the stay is lifted.

    Plaintiffs' counsel attempted to confer by e-mail with Defendants' counsel on this request for clarification, and they did not receive an immediate response with Defendants' position on this motion.

Dated this 2nd day of September, 2025.

By: *s/ Henry W. Frampton, IV*
Jonathan A. Scruggs
CT Fed. Bar No. PHV 02636
Roger G. Brooks
CT Fed. Bar No. PHV10498
Henry W. Frampton, IV
CT Fed. Bar PHV208351
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

Suzanne E. Beecher
CT Fed. Bar PHV208608
Andrea R. Dill
CT Fed. Bar PHV208403
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org
adill@adflegal.org

Susan Patton Fox
CT Fed. Bar 20937
Susan Patton Fox Law Offices
P.O. Box 3483
Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that on the 2nd day of September, 2025, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

By: *s/Henry W. Frampton, IV*

Henry W. Frampton, IV
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
hframpton@adflegal.org