**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

SELINA SOULE, *et al.*,

*Plaintiffs*,

v.

CONNECTICUT ASSOCIATION OF SCHOOLS, INC., *et al.*,

*Defendants*.

No.: 3:20-cv-00201-SVN

November 7, 2025

**JOINT NOTICE OF COMPLETION OF PROPOUNDED WRITTEN DISCOVERY**

In response to the Court's Order of August 28, 2025 (Doc. 324), parties file this notice that written discovery is completed as to requests propounded prior to the order, except for the select discovery for which the deadline for Defendants' production was extended to November 24, 2025 (Doc. 335).

Respectfully submitted this 7th day of November, 2025.

*By: s/Linda L. Yoder*
Linda L. Yoder
Peter Joseph Murphy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
lyoder@goodwin.com
pjmurphy@goodwin.com

*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education*

*By: s/ Elizabeth Mott Smith*
Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

*By: s/Dennis M. Durao*
Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*Counsel for Bloomfield Public Schools Board of Education*

*By: s/ Henry W. Frampton, IV*

Jonathan A. Scruggs
CT Fed. Bar No. PHV 02636
Roger G. Brooks
CT Fed. Bar No. PHV10498
Henry W. Frampton, IV
CT Fed. Bar PHV208351
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

Suzanne E. Beecher
CT Fed. Bar PHV208608
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org

Susan Patton Fox
CT Fed. Bar 20937
Susan Patton Fox Law Offices
P.O. Box 3483
Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on the 7th day of November, 2025, the foregoing document was served via email on the following:

Linda L. Yoder
Peter Joseph Murphy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
lyoder@goodwin.com
pjmurphy@goodwin.com

*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education*

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*By: s/ Henry W. Frampton, IV*

Henry W. Frampton, IV
CT Fed. Bar PHV208351
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
hframpton@adflegal.org

*Counsel for Bloomfield Public Schools Board of Education*

Gregory A. Jones
Commission on Human
Rights & Opportunities
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human Rights and Opportunities*

Attorneys for Defendants