IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CONNECTICUT ASSOCIATION<br>OF SCHOOLS, INC. *et al*,<br><br>    *Defendants*. | No. 3:20-cv-00201-SVN<br><br><br>December 19, 2025 |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO COMPEL**

    Plaintiffs and School Board Defendants Bloomfield, Canton, Cromwell, and Glastonbury hereby move for a 60-day extension on the deadline to file motions to compel discovery concerning the School Board Defendants' production due November 24, 2025. The Parties specifically request to be given until **February 23, 2026**, to file any motions to compel and to call Chambers regarding discovery disputes not resolved among the parties.

    In support of this motion, the parties state:

    1.    Judge Nagala's order staying the case directed the parties to complete discovery as to written discovery requests already propounded by October 31, 2025 and file a joint notice indicating discovery was completed by November 7, 2025. (Doc. 324).

    2.    Prior to this deadline, the parties jointly moved to extend the deadline on production by the School Board Defendants for select requests. (Doc. 334). The Court granted this motion, extending the deadline to November 24, 2025 for this production. (Doc. 335).

    3.    The parties remained in communication regarding the School Board Defendants' progress on this discovery. When some Defendants encountered issues in

1

the ability of their search engine's capacity to use the agreed to search terms, Plaintiffs updated the queries in an effort to accommodate the search engine limitations.

4.     The parties continued to confer over email on the progress of their searches and review of the production requests. Defendants encountered a number of hurdles due to search engine limitations and email accounts archiving. Additionally, the proposed search terms returned very large numbers of documents for some of the school districts.

5.     Plaintiffs' counsel and counsel for Bloomfield had a telephone conference on December 4, 2025 to discuss issues arising from the email storage and search engine limits of Bloomfield Public School Board of Education.

6.     Plaintiffs' counsel and counsel for Canton, Cromwell, and Glastonbury scheduled a call for December 5, 2025 to discuss how to limit search terms further, because the current terms were yielding an unreasonable number of results. The call did not occur due to a conflict arising for Defendants' counsel. The call was rescheduled for December 9, but Defendants' counsel had an emergency arise. The parties were able to confer on December 16, 2205. Defendants' counsel agreed to examine which search terms were yielding the highest rates of response and will collaborate with Plaintiffs to narrow these terms once they compile this information.

7.     As of the time this motion is being filed, no documents responsive to the requests with the extended November 24, 2025 deadline have been produced. But the parties agree that they are all working toward a reasonable production. Given the anticipated volume of production that Defendants will need to review and that Plaintiffs are likely to receive, the parties request this extension to ensure they have adequate time to review production, assess thoroughness, and work with Defendants to resolve any deficiencies before determining the need for a motion to compel.

8.     Judge Farrish's order (Doc. 307) confirmed that only with court permission and after exhaustion of the process laid out in Doc. 300 can a motion to compel be filed.

(Doc. 300). Doc. 300 gives parties 30 days following a discovery deadline to reach out to the court for assistance in resolving disputes. (Doc. 300 ¶ 2). Likewise, the motion to compel deadline is set for 30 days after a discovery deadline. (Doc. 279 ¶ 8).

    9.    The parties believe there is good cause as required under Local Rule 7(b)(2) to extend this motion and well within the court's "broad discretion" to manage the discovery process. *Wang v. Omni Hotels Mgmt. Corp.*, 607 F. Supp. 3d 219, 222 (D. Conn. 2022) ("The Second Circuit has found that good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts") (cleaned up); *Wills v. Amerada Hess Corp.*, 379 F.3d 32, 41 (2d Cir. 2004). This motion satisfies Local Rule of Civil Procedure 7(b)(3)'s requirement that the motion be filed at least three (3) business days before the deadline sought to be extended.

    THEREFORE, the parties respectfully move this Court to extend the motion to compel deadline and the deadline to call chambers regarding discovery disputes not resolved among the parties to February 23, 2026.

Respectfully submitted this 19th day of December, 2025.

| *By: s/ Elizabeth Mott Smith* | *By: s/ Henry W. Frampton, IV* |
|---|---|
| Elizabeth Mott Smith<br>Johanna G. Zelman<br>FORD HARRISON LLP<br>CityPlace II<br>185 Asylum Street, Suite 610<br>Hartford, CT 06103<br>T: 860-740-1358<br>T: 860-740-1361<br>esmith@fordharrison.com<br>jzelman@fordharrison.com<br>*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education* | Jonathan A. Scruggs<br>CT Fed. Bar No. PHV 02636<br>Roger G. Brooks<br>CT Fed. Bar No. PHV10498<br>Henry W. Frampton, IV<br>CT Fed. Bar PHV208351<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jscruggs@adflegal.org<br>rbrooks@adflegal.org<br>hframpton@adflegal.org |

<table>
<tr><td>

<u>By: s/   Kimberly A. Bosse</u>

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*Counsel for Bloomfield Public Schools Board of Education*

</td><td>

Suzanne E. Beecher
CT Fed. Bar PHV208608
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org

Susan Patton Fox
CT Fed. Bar 20937
Susan Patton Fox Law Offices
P.O. Box 3483
Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

Attorneys for Plaintiffs

</td></tr>
</table>

4

**Certificate of Service**

I hereby certify that on the 19th day of December, 2025, the foregoing document and all its attachments were served via email on the following:

| | |
|---|---|
| Linda L. Yoder<br>Peter Joseph Murphy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>T: 860-916-7156<br>T: 860-251-5950<br>lyoder@goodwin.com<br>pjmurphy@goodwin.com<br><br>*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education* | <u>By: s/ Henry W. Frampton, IV</u><br><br>Henry W. Frampton, IV<br>CT Fed. Bar PHV208351<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>hframpton@adflegal.org |

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*Counsel for Bloomfield Public Schools Board of Education*

Gregory A. Jones
COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human
Rights and Opportunities*

Attorneys for Defendants