IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SELINA SOULE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 3:20-cv-00201-SVN |
| ) | |
| CONNECTICUT ASSOCIATION ) | |
| OF SCHOOLS, INC. *et al*, ) | |
| ) | |
| *Defendants.* ) | February 18, 2026 |
| ) | |
| ) | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO COMPEL**

Plaintiffs and School Board Defendants Bloomfield, Canton, Cromwell, and Glastonbury hereby move for a 60-day extension on the deadline to file motions to compel discovery concerning the School Board Defendants' production originally due November 24, 2025. The Parties specifically request to be given until **April 23, 2026**, to file any motions to compel and to call Chambers regarding discovery disputes not resolved among the parties.

In support of this motion, the parties state:

1. When Judge Nagala ordered that the case be stayed, she instructed the parties to finalize response to written discovery requests already propounded by October 31, 2025 and submit a filing confirming the completion by November 7, 2025. (Doc. 324).

2. The Plaintiffs and School Board Defendants jointly moved for an extension until November 24, 2025 for select discovery requests in advance of this deadline (Doc. 334), which the Court granted. (Doc. 335).

1

3. The parties again jointly requested an extension on these discovery requests (Doc. 337), and the Court again granted the extension, with the new deadline set for February 23, 2026. (Doc. 338).

4. As of this filing, the School Board Defendants have not produced documents that may be responsive to Plaintiffs' list of search terms given complications arising from the limitations in search functionality, and the expense of sorting production for responsive documents given the volume of documents yielded by the search terms.

5. School District Defendants agreed in correspondence on February 12-13, 2026 to confer with Plaintiffs' counsel to discuss the status of production. The parties are working to schedule this conference.

6. Plaintiffs desire to receive documents prior to the stay being lifted and would like the opportunity to continue working with the School Board Defendants to agree upon updated search terms in order to obtain more narrowly tailored results prior to seeking to compel production.

7. Judge Farrish's order (Doc. 307) confirmed that only with court permission and after exhaustion of the process laid out in Doc. 300 can a motion to compel be filed. (Doc. 300). Doc. 300 gives parties 30 days following a discovery deadline to reach out to the court for assistance in resolving disputes. (Doc. 300 ¶ 2). Likewise, the motion to compel deadline is set for 30 days after a discovery deadline. (Doc. 279 ¶ 8).

8. The parties believe there is good cause as required under Local Rule 7(b)(2) to extend this motion and well within the court's "broad discretion" to manage the discovery process. *Wang v. Omni Hotels Mgmt. Corp.*, 607 F. Supp. 3d 219, 222 (D. Conn. 2022) ("The Second Circuit has found that good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts") (cleaned up); *Wills v. Amerada Hess Corp.*, 379 F.3d 32, 41 (2d Cir. 2004). This motion satisfies

Local Rule of Civil Procedure 7(b)(3)'s requirement that the motion be filed at least three business days before the deadline sought to be extended.

    THEREFORE, the parties respectfully move this Court to extend the motion to compel deadline and the deadline to call chambers regarding discovery disputes not resolved among the parties to April 23, 2026.

    Respectfully submitted this 18th day of February, 2026.

| | |
|---|---|
| *By: s/ Elizabeth Mott Smith* | *By: s/Henry W. Frampton, IV* |
| | Jonathan A. Scruggs |
| Elizabeth Mott Smith | CT Fed. Bar No. PHV 02636 |
| Johanna G. Zelman | Roger G. Brooks |
| FORD HARRISON LLP | CT Fed. Bar No. PHV10498 |
| CityPlace II | Henry W. Frampton, IV |
| 185 Asylum Street, Suite 610 | CT Fed. Bar PHV208351 |
| Hartford, CT 06103 | **Alliance Defending** |
| T: 860-740-1358 | **Freedom** |
| T: 860-740-1361 | 15100 N. 90th Street |
| esmith@fordharrison.com | Scottsdale, AZ 85260 |
| jzelman@fordharrison.com | (480) 444-0020 |
| *Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education* | jscruggs@adflegal.org |
| | rbrooks@adflegal.org |
| | hframpton@adflegal.org |
| *By: s/ Dennis M. Durao* | Suzanne E. Beecher |
| | CT Fed. Bar PHV208608 |
| Dennis M. Durao, Esq. | **Alliance Defending** |
| Kimberly A. Bosse, Esq. | **Freedom** |
| Karsten & Tallberg, LLC | 440 1st Street NW, Suite 600 |
| 500 Enterprise Drive, Suite 4B | Washington, DC 20001 |
| Rocky Hill, CT 06067 | (202) 644-9010 |
| ddurao@kt-lawfirm.com | sbeecher@adflegal.org |
| kbosse@kt-lawfirm.com | |
| | Susan Patton Fox |
| *Counsel for Bloomfield Public Schools Board of Education* | CT Fed. Bar 20937 |
| | Susan Patton Fox Law Offices |
| | P.O. Box 3483 |

        Tequesta, FL 33469
        (860) 304-9979
        susanfoxlaw@aol.com

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on the 18th day of February, 2026, the foregoing document and all its attachments were served via email on the following:

| | |
|---|---|
| Linda L. Yoder<br>Peter Joseph Murphy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>T: 860-916-7156<br>T: 860-251-5950<br>lyoder@goodwin.com<br>pjmurphy@goodwin.com<br><br>*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education*<br><br>Elizabeth Mott Smith<br>Johanna G. Zelman<br>FORD HARRISON LLP<br>CityPlace II<br>185 Asylum Street, Suite 610<br>Hartford, CT 06103<br>T: 860-740-1358<br>T: 860-740-1361<br>esmith@fordharrison.com<br>jzelman@fordharrison.com<br><br>*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*<br><br>Dennis M. Durao, Esq.<br>Kimberly A. Bosse, Esq.<br>Karsten & Tallberg, LLC<br>500 Enterprise Drive, Suite 4B<br>Rocky Hill, CT 06067<br>ddurao@kt-lawfirm.com<br>kbosse@kt-lawfirm.com | *By: s/ Henry W. Frampton, IV*<br><br>Henry W. Frampton, IV<br>CT Fed. Bar PHV208351<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>hframpton@adflegal.org |

*Counsel for Bloomfield Public Schools Board of Education*

Gregory A. Jones
COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human Rights and Opportunities*

Attorneys for Defendants