IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SELINA SOULE, *et al.*,                    )
                                           )
            *Plaintiffs,*                   )
                                           )
      v.                                   )      No. 3:20-cv-00201-SVN
                                           )
CONNECTICUT ASSOCIATION                    )
OF SCHOOLS, INC. *et al,*                    )
                                           )
            *Defendants.*                   )      May 12, 2026
                                           )
                                           )

**JOINT STATUS REPORT**

Pursuant to the Court's April 29, 2026 order (Doc. 346), Plaintiffs and School Board Defendants Bloomfield, Canton, Cromwell, and Glastonbury submit the following joint status report:

1.     April 29, 2026, following a conference with the parties, the Court instructed the parties to file a joint status report by May 13 (Doc. 346) confirming that they have met and conferred and whether the dispute has been resolved.

2.     On May 4, 2026, counsel for all parties met over teleconference and discussed the instant discovery dispute, particularly narrowing search terms to a list mutually agreeable to all parties.

3.     The School Board Defendants Canton, Cromwell, and Glastonbury sent Plaintiffs a document detailing the number of documents each of the original search terms had yielded.

4.     In response, Plaintiffs sent a proposed list of adjusted terms to run on the universe of documents produced using the initial set of terms. This list aimed to remove or narrow terms which were producing a high volume of documents. These terms were

1

tailored to each of the school districts for which Plaintiff had information, because in some instances the same terms had yielded substantially different numbers of documents among the schools.

5.      The School Board Defendants have requested that the list be further limited. Plaintiffs agreed to work with the School Board Defendants on a list acceptable to all parties.

6.      The parties have not yet agreed to a list of terms, but they are working actively and cooperatively to resolve the remaining concerns and hope they will be able to resolve the dispute prior to May 27, 2026.

7.      Accordingly, the parties will seek to reach an agreement among themselves. If the parties are unable to do so, Plaintiffs will file a motion to compel with supporting memorandum of law and Local Rule 37 affidavit on or before May 27, 2026, consistent with the Court's order, or to further update the Court if the parties believe they are still making progress. (Doc. 346).

Respectfully submitted this 12th day of May, 2026.


By: s/Elizabeth Mott Smith

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

By: s/Henry W. Frampton, IV
Jonathan A. Scruggs
CT Fed. Bar No. PHV 02636
Roger G. Brooks
CT Fed. Bar No. PHV10498
Henry W. Frampton, IV
CT Fed. Bar PHV208351
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

By: s/*Dennis M. Durao*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*Counsel for Bloomfield Public Schools Board of Education*

Suzanne E. Beecher
CT Fed. Bar PHV208608
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org

Susan Patton Fox
CT Fed. Bar 20937
Susan Patton Fox Law Offices
P.O. Box 3483
Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

Attorneys for Plaintiffs

## Certificate of Service

I hereby certify that on the 12th day of May, 2026, the foregoing document and all its attachments were served via email on the following:

Linda L. Yoder
Peter Joseph Murphy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
lyoder@goodwin.com
pjmurphy@goodwin.com

*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education*

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*By: s/Henry W. Frampton, IV*

Henry W. Frampton, IV
CT Fed. Bar PHV208351
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
hframpton@adflegal.org

4

*Counsel for Bloomfield Public Schools*
*Board of Education*

Gregory A. Jones
COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human*
*Rights and Opportunities*

Attorneys for Defendants