IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SELINA SOULE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No. 3:20-cv-00201-SVN |
| | ) | |
| CONNECTICUT ASSOCIATION | ) | |
| OF SCHOOLS, INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | July 21, 2026 |
| | ) | |
| | ) | |

**JOINT PROPOSED STIPULATION OF SCHEDULING**

As instructed by the Court, the parties submit this proposed schedule for discovery and briefing of dispositive motions now that the stay has been lifted following the Supreme Court's decision in *West Virginia v. B.P.J.* and *Little v. Hecox*:

1. On August 28, 2025, the Court issued an order staying the case pending the Supreme Court's decisions in *West Virginia v. B.P.J.* and *Little v. Hecox,* except as to written discovery already propounded, which was to be completed by October 31, 2025. (ECF No. 324).

2. The Supreme Court issued an opinion on June 30, 2026 in *West Virginia v. B.P.J.* and *Little v. Hecox.*

3. Counsel for all parties met and conferred on an updated schedule for completing discovery and filing dispositive motions.

4. In accordance with the Court's request that the parties propose a schedule by July 21, 2026 (ECF No. 353), the parties have agreed upon the following deadlines:

- Depositions of Plaintiff's experts – September 30, 2026

- Defendants' expert disclosures – October 15, 2026

- Depositions of Defendants' experts – December 15, 2026

- Rebuttal expert disclosures for all parties – January 15, 2027

- Completion of discovery, including depositions of rebuttal experts – February 15, 2027

- Daubert motions and dispositive motions – March 31, 2027

WHEREFORE, the parties respectfully request that the Court enter an Order setting the briefing schedule outlined above.

Respectfully submitted this 21st day of July, 2026.

*By: s/Elizabeth Mott Smith*

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com
*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

*By: s/ Kimberly A. Bosse*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*By: s/ Suzanne E. Beecher*
Jonathan A. Scruggs
CT Fed. Bar No. PHV 02636
Roger G. Brooks
CT Fed. Bar No. PHV10498
Henry W. Frampton, IV
CT Fed. Bar PHV208351
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
rbrooks@adflegal.org
hframpton@adflegal.org

Suzanne E. Beecher
CT Fed. Bar PHV208608
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org

Susan Patton Fox
CT Fed. Bar 20937
Susan Patton Fox Law Offices
P.O. Box 3483

2

*Counsel for Bloomfield Public
Schools Board of Education*

<u>By: s/ Linda L. Yoder</u>

Linda L. Yoder
Peter Joseph Murphy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
lyoder@goodwin.com
pjmurphy@goodwin.com

*Counsel for Connecticut Association
of Schools, Inc., and Danbury Public
Schools Board of Education*

<u>By: s/Gregory A. Jones</u>

Gregory A. Jones
COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human
Rights and Opportunities*

Tequesta, FL 33469
(860) 304-9979
susanfoxlaw@aol.com

Attorneys for Plaintiffs

3

## Certificate of Service

I hereby certify that on the 21st day of July, 2026, the foregoing document and all its attachments were served via email on the following:

Linda L. Yoder
Peter Joseph Murphy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
T: 860-916-7156
T: 860-251-5950
lyoder@goodwin.com
pjmurphy@goodwin.com

*Counsel for Connecticut Association of Schools, Inc., and Danbury Public Schools Board of Education*

Elizabeth Mott Smith
Johanna G. Zelman
FORD HARRISON LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
T: 860-740-1358
T: 860-740-1361
esmith@fordharrison.com
jzelman@fordharrison.com

*Counsel for Canton, Cromwell, and Glastonbury Public Schools Boards of Education*

Dennis M. Durao, Esq.
Kimberly A. Bosse, Esq.
Karsten & Tallberg, LLC
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ddurao@kt-lawfirm.com
kbosse@kt-lawfirm.com

*By: s/ Suzanne E. Beecher*

Suzanne E. Beecher
CT Fed. Bar PHV208608
**Alliance Defending Freedom**
440 1st Street NW, Suite 600
Washington, DC 20001
(202) 644-9010
sbeecher@adflegal.org

4

*Counsel for Bloomfield Public Schools
Board of Education*

Gregory A. Jones
COMMISSION ON HUMAN
RIGHTS & OPPORTUNITIES
450 Columbus Blvd., Suite 2
Hartford, CT 06103
T: 860-566-7710
gregory.jones@ct.gov

*Counsel for Commission on Human
Rights and Opportunities*

Attorneys for Defendants

5